UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| DAVID L. JOYCE, | : | CASE NO 3:03-CV-655(PCD) |
| Petitioner, | : | |
| v. | : | |
| THERESA C. LANTZ, COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTIONS, AND HECTOR RODRIGUEZ, WARDEN CHESHIRE CORRECTIONAL INSTITUTION, | : | |
| Respondents. | : | OCTOBER 20, 2003 |

U.S. DISTRICT COURT
NEW HAVEN, CONN.

### MOTION FOR LEAVE TO FILE SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Petitioner, through undersigned counsel, hereby moves the Court pursuant to 28 U.S.C. § 2242 and Fed.R.Civ.Pro. 15(a) for leave to file a Second Amended Petition for Writ of Habeas Corpus, in accordance with the attached (see Exhibit "A"). Counsel for the Respondents has indicated that there is no objection to the filing of the proposed Second Amended Petition.

The reasons for the foregoing are more fully articulated in the accompanying memorandum of law, which is hereby incorporated by reference.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

WHEREFORE, Petitioner requests leave to amend his Petition in accordance herewith.

                              Respectfully submitted,

                              THE PETITIONER,
                              DAVID L. JOYCE

                          BY: _____
                              Richard L. Grant, Esq.
                              LIPPMAN & OUELLETTE, L.L.C.
                              142 Temple Street
                              New Haven, CT 06510
                              Tel. (203)776-4546
                              Fax (203)776-4435
                              Federal Court #CT20708

### ORDER

The foregoing MOTION TO AMEND is hereby ORDERED: GRANTED/DENIED.

                    BY THE COURT (            ).

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served by regular first class mail on October 20, 2003 upon all counsel and pro se parties of record, as follows:

Jo Anne Sulik
Appellate Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT  06067
Tel. (860)258-5800

David L. Joyce, #92272
Cheshire C.I.
900 Highland Ave.
Cheshire, CT  06410

_____
Richard L. Grant

**EXHIBIT "A"**