UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 20   2 44 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| DAVID L. JOYCE, | : | CASE NO:3:03-CV-655(PCD) |
| Petitioner, | : | |
| v. | : | |
| THERESA C. LANTZ, COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTIONS, AND HECTOR RODRIGUEZ, WARDEN CHESHIRE CORRECTIONAL INSTITUTION, | : | |
| Respondents. | : | OCTOBER 20, 2003 |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

Pursuant to Local Rule 9(a), Petitioner hereby submits the following memorandum in support of the foregoing.

**I.   RELEVANT PROCEDURAL HISTORY**

On or about October 1, 2003, the Respondents filed a Motion to Dismiss the Petitioner's First Amended Petition for Writ of Habeas Corpus on the ground that Count Three of said petition contained an unexhausted claim. The Respondents' motion makes no claim that Counts One and Two were not properly preserved or exhausted.

## II. ARGUMENT

*The motion for leave to amend should be granted where the Respondents do not object to the filing of the proposed Second Amended Petition.*

Petitioner now moves for leave to file a second amended petition deleting Count Three, and leaving Counts One and Two intact.

28 U.S.C. § 2242 expressly provides that pleadings in habeas corpus matters "may be amended or supplemented as provided in the rules of procedure applicable to civil actions." Rule 15(a) of the Federal Rules of Civil Procedure provides that a party may amend its pleading by leave of the Court after twenty days have expired from the service of the original pleading, and that such "leave shall be freely given when justice so requires."

In the present case, justice favors allowing the proposed amendment where the Respondents have stated that they have no objection to its filing, and where dismissal of the entire three-count petition based on the presence of a single allegedly unexhausted count would unfairly deprive the Petitioner of his right to have his other preserved and exhausted claims heard.

Aside from the deletion of the Third Count, the proposed Second Amended Petition is identical in all other respects to the First Amended Petition. As previously

2

noted, Counsel for the Respondents has indicated that there is no objection to the filing of the proposed Second Amended Petition, but has also indicated that Respondents reserve all other rights with regard to the Second Amended Petition.

Accordingly, the motion for leave to amend should be granted.

Respectfully submitted,

THE PETITIONER,
DAVID L. JOYCE

BY: _____
Richard L. Grant, Esq.
LIPPMAN & OUELLETTE, L.L.C.
142 Temple Street
New Haven, CT 06510
Tel. (203)776-4546
Fax (203)776-4435
Federal Court #CT20708

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was served by regular first class mail on October 20, 2003 upon all counsel and pro se parties of record, as follows:

Jo Anne Sulik
Appellate Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT  06067
Tel. (860)258-5800

David L. Joyce, #92272
Cheshire C.I.
900 Highland Ave.
Cheshire, CT  06410

_____
Richard L. Grant