UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| DAVID L. JOYCE, | : CASE NO 3:03-CV-655(PCD) |
| Petitioner, | : |
| v. | : |
| THERESA C. LANTZ, COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTIONS, AND HECTOR RODRIGUEZ, WARDEN CHESHIRE CORRECTIONAL INSTITUTION, | : |
| Respondents. | : OCTOBER 20, 2003 |

## MOTION FOR LEAVE TO FILE SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Petitioner, through undersigned counsel, hereby moves the Court pursuant to 28 U.S.C. § 2242 and Fed.R.Civ.Pro. 15(a) for leave to file a Second Amended Petition for Writ of Habeas Corpus, in accordance with the attached (see Exhibit "A"). Counsel for the Respondents has indicated that there is no objection to the filing of the proposed Second Amended Petition.

The reasons for the foregoing are more fully articulated in the accompanying memorandum of law, which is hereby incorporated by reference.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

*November 3, 2003 Granted absent objection. [signature] PCD*