FILED

JAN 9  12 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID L. JOYCE, #92272 | : | CASE NO: 3:03-CV-655 (PCD) |
| Petitioner, | : | |
| -against- | : | |
| THERESA C. LANTZ, COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTIONS, AND HECTOR RODRIGUEZ, WARDEN CHESHIRE CORRECTIONAL INSTITUTION, | : : : | |
| Respondents. | : | JANUARY 9, 2004 |

### MOTION FOR LEAVE TO FILE SUBSTITUTED APPEARANCE

Pursuant to Local Rule 15, undersigned counsel in the above-entitled habeas corpus matter hereby moves for leave to withdraw the appearance of Attorney Richard L. Grant of LIPPMAN & OUELLETTE, L.L.C., 142 Temple Street, New Haven, Connecticut, and for leave to enter the attached appearance of Attorney Richard L. Grant, 36 Tamarack Ave., PMB #213, Danbury, Connecticut in lieu of the prior appearance. Counsel for the Respondents and the petitioner have NO OBJECTION to this motion.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

In support of the foregoing, the undersigned relies on the following:

1. Attorney Richard L. Grant of Lippman & Ouellette, L.L.C. was appointed by this court to represent the petition pursuant to the provisions of the Criminal Justice Act on or about June 26, 2003. Attorney Grant has represented petitioner in all state and federal habeas corpus matters arising from the conviction at issue in the above-entitled matter.

2. As of the close of business on January 9, 2004, Attorney Grant will be leaving his employment with LIPPMAN & OUELLETTE, L.L.C. No other attorneys at LIPPMAN & OUELLETTE, L.L.C. have appeared on behalf of the petitioner, and no attorney at LIPPMAN & OUELLETTE, L.L.C. will file an appearance on behalf of the petitioner after Attorney Grant's departure.

3. Undersigned counsel, on behalf of the petitioner, therefore requests leave to file a substituted appearance in this matter (see attached Exhibit "A")

WHEREFORE, the undersigned requests that this Motion be granted, and that the Appearance of Richard L. Grant of Lippman & Ouellette, L.L.C., 142 Temple Street, New Haven, Connecticut be withdrawn, and that the attached Appearance of Attorney Richard L. Grant, 36 Tamarack Ave., PMB #213, Danbury, Connecticut 06811 be filed and substituted in lieu of the prior appearance.

                    Respectfully submitted,

                    THE PETITIONER,
                    DAVID L. JOYCE

By: _____
     Richard L. Grant
     LIPPMAN & OUELLETTE, L.L.C.
     142 Temple Street
     New Haven, CT  06510
     Tel.   (203) 776-4546
     Fax   (203) 776-4435
     Federal Court # CT20708

By: _____
     Richard L. Grant
     36 Tamarack Avenue, PMB #213
     Danbury, CT 06811
     Tel.   (203) 778-8075
     Fax   (203) 778-8075
     Federal Court # CT20708

## ORDER

The foregoing MOTION, having been given due consideration by the Court, is hereby

ORDERED:   GRANTED/DENIED.

                    BY THE COURT (                    , J.)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this date to:

Jo Anne Sulik
Appellate Bureau
Chief State Attorney Office
300 Corporate Place
Rocky Hill, CT 06067
Tel. 860-258-5800

David L. Joyce, #92272
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

By _____
Richard L. Grant

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID L. JOYCE, #92272 | : | CASE NO: 3:03-CV-655 (PCD) |
| Petitioner, | : | |
| -against- | : | |
| THERESA C. LANTZ, COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTIONS, AND HECTOR RODRIGUEZ, WARDEN CHESHIRE CORRECTIONAL INSTITUTION, | : : | |
| Respondents. | : | JANUARY 9, 2004 |

### APPEARANCE

Please enter the undersigned's appearance, as attorney for the petitioner, DAVID L. JOYCE, in the above-captioned matter.

                                                    THE PETITIONER,
                                                    DAVID L. JOYCE

By: _____
Richard L. Grant, Esq.
36 Tamarack Ave. PMB #213
Danbury, CT 06811
Tel. (203)778-8075
Fax (203)778-8075
Federal Court # CT20708

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this date to:

Jo Anne Sulik
Appellate Bureau
Chief State Attorney Office
300 Corporate Place
Rocky Hill, CT 06067
Tel. 860-258-5800

David L. Joyce, #92272
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

By _____
        Richard L. Grant