FILED

Jan 13  7 57 AM '04

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID L. JOYCE, #92272 | : | CASE NO: 3:03-CV-655 (PCD) |
| Petitioner, | : | |
| -against- | : | |
| THERESA C. LANTZ, COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTIONS, AND HECTOR RODRIGUEZ, WARDEN CHESHIRE CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondents. | : | JANUARY 9, 2004 |

### APPEARANCE

Please enter the undersigned's appearance, as attorney for the petitioner, DAVID L. JOYCE, in the above-captioned matter.

                                                                        THE PETITIONER,
                                                                        DAVID L. JOYCE

By: _____
                                                     Richard L. Grant, Esq.
                                                     36 Tamarack Ave. PMB #213
                                                     Danbury, CT 06811
                                                     Tel. (203)778-8075
                                                     Fax (203)778-8075
                                                     Federal Court # CT20708

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this date to:

Jo Anne Sulik
Appellate Bureau
Chief State Attorney Office
300 Corporate Place
Rocky Hill, CT 06067
Tel. 860-258-5800

David L. Joyce, #92272
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

By _____
Richard L. Grant

FILED

Jan 13  7 57 AM '04

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DAVID L. JOYCE, #92272 | : | CASE NO: 3:03-CV-655 (PCD) |
| Petitioner, | : | |
| -against- | : | |
| THERESA C. LANTZ, COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTIONS, AND HECTOR RODRIGUEZ, WARDEN CHESHIRE CORRECTIONAL INSTITUTION, | : : | |
| Respondents. | : | JANUARY 9, 2004 |

**APPEARANCE**

Please enter the undersigned's appearance, as attorney for the petitioner, DAVID L. JOYCE, in the above-captioned matter.

                                    THE PETITIONER,
                                    DAVID L. JOYCE

                         By:        /s/ Richard Grant
                                    Richard L. Grant, Esq.
                                    36 Tamarack Ave. PMB #213
                                    Danbury, CT 06811
                                    Tel. (203)778-8075
                                    Fax (203)778-8075
                                    Federal Court # CT20708

## CERTIFICATE OF SERVICE

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this date to:

Jo Anne Sulik
Appellate Bureau
Chief State Attorney Office
300 Corporate Place
Rocky Hill, CT 06067
Tel. 860-258-5800

David L. Joyce, #92272
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

By _____
        Richard L. Grant