## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID L. JOYCE, #92272 | : |
| | : |
| VS. | :     CASE NO. 3:03CV655 (PCD) |
| | : |
| THERESA C. LANTZ, COMMISSIONER, | : |
| ET AL. | : |

## ENDORSEMENT ORDER

The Motion for Leave to File Substituted Appearance, document no. 23, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 15th day of January, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court