UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID L. JOYCE #92272 | : | CASE NO: 3:03-CV-655 (PCD) |
| Petitioner, | : | |
| -against- | : | |
| THERESA C. LANTZ, COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTION, AND HECTOR RODRIGUEZ, WAARDEN CHESHIRE CORRECTIONAL INSTITUTION | : : : | |
| Respondents. | : | APRIL 5, 2004 |

**MOTION FOR DEFAULT FOR FAILURE TO PLEAD**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Petitioner hereby moves for a default judgment against the Respondents for their failure to plead in response to the Second Amended Petition dated October 20, 2003 and entered on November 4, 2003.

Respectfully submitted,

THE PETITIONER
DAVID L. JOYCE


BY:_____
Richard L. Grant
36 Tamarack Ave. PMB #213
Danbury, CT 06811
Tel. (203)778-8075
Fax (203) 778-8075
Federal Court #CT20708

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

## ORDER

The foregoing MOTION, having been considered by the Court, is hereby

ORDERED:   GRANTED/DENIED:

BY THE COURT (        , J.)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing motion was sent via regular first class mail to all counsel and pro se parties of record on today's date as follows:

Jo Anne Sulik
Appellate Bureau
Chief State's Attorneys Office
300 Corporate Place
Rocky Hill, CT 06067
Tel. 860-258-5800
Attorney for the Respondents

David L. Joyce #92272
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____
Richard L. Grant