UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID L. JOYCE #92272 | : | CASE NO: 3:03-CV-655 (PCD) |
| Petitioner, | : | |
| -against- | : | |
| THERESA C. LANTZ, COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTION, AND HECTOR RODRIGUEZ, WAARDEN CHESHIRE CORRECTIONAL INSTITUTION | : : : | |
| Respondents. | : | SEPTEMBER 3, 2004 |

**MOTION FOR DEFAULT FOR FAILURE TO PLEAD**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Petitioner hereby moves for a default judgment against the Respondents for their failure to plead by August 23, 2004, as ordered by this Court on July 14, 2004.

        Respectfully submitted,

        THE PETITIONER
        DAVID L. JOYCE


BY:_____
        Richard L. Grant
        36 Tamarack Ave. PMB #213
        Danbury, CT 06811
        Tel. (203)778-8075
        Fax (203) 778-8075
        Federal Court #CT20708

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

## ORDER

The foregoing MOTION, having been considered by the Court, is hereby

ORDERED:   GRANTED/DENIED:

BY THE COURT (        , J.)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing motion was sent via regular first class mail to all counsel and pro se parties of record on today's date as follows:

Jo Anne Sulik
Appellate Bureau
Chief State's Attorneys Office
300 Corporate Place
Rocky Hill, CT 06067
Tel. 860-258-5800
Attorney for the Respondents

David L. Joyce #92272
Northern C.I.
1E-111
P.O. Box 665
Somers, CT 06067

_____
Richard L. Grant