UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID L. JOYCE, | : | CASE NO.  3:03CV655(PCD)(JGM) |
| *Petitioner* | : | |
| | : | |
| v. | : | |
| | : | |
| THERESA C. LANTZ, ET AL, | : | SEPTEMBER 9, 2004 |
| *Respondent* | : | |

## MOTION FOR ENLARGEMENT OF TIME, NUNC PRO TUNC, WITHIN WHICH TO COMPLY WITH THE COURT'S ORDER

Pursuant to Rule 9(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time, nunc pro tunc, to **September 9, 2004**, to file a response to the petitioner's second amended petition dated October 20, 2003 [Doc. # 22].  Counsel for the petitioner has filed a motion for default and, therefore, the respondent assumes that he objects to the granting of this motion.  The petitioner is incarcerated.  This is the respondent's first motion for enlargement of time to comply with the Court's order of July 14, 2004 [Doc # 28] which directed the respondent to file a response to the second amended petition "on or before August 23, 2004."

The grounds for this motion are as follows:

1. On August 2, 2004, I completed a response to a show cause order in the matter of Errol I. Dunkley v. Theresa Lantz, Commissioner of Correction, Case No. 3:03CV1913(WWE)(HBF), U.S. District Court, District of Connecticut.

2. Thereafter, I began to prepare to represent the respondent at the state habeas trial in the matter of Keith Johnson v. Warden, State Prison, Docket No. CV02-0821646-S, Superior Court in the judicial district of Tolland.  That state habeas trial commenced on August 20, 2004.

3.Additionally, I filed a motion to dismiss two counts of a habeas corpus petition and a supporting memorandum of law in the state proceeding of <u>Tobias Anderson v. Warden, State Prison</u>, Docket No. CV03-0475015, Superior Court in the judicial district of New Haven on August 6, 2004.

4.Finally, I also am preparing the respondent's response to the Court's show cause order in the matter of <u>Jamie Gomez v. Warden Carter, et al.</u>, Case No. 3:04CV450(MRK)(WIG), U.S. District Court, District of Connecticut.

Due to these and other considerations, the respondent hereby moves this court for an enlargement of time, nunc pro tunc, to **September 9, 2004**, to file its response in the above-captioned matter.

Respectfully submitted,

RESPONDENTS-THERESA C. LANTZ, ET AL.


By:_____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (fax)
E-mail: JoAnne.Sulik@po.state.ct.us
Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this motion was mailed to Attorney Richard L. Grant, 36 Tamarack Avenue, PMB # 213, Danbury, Connecticut 06811, (203) 778-8075, on September 9, 2004.

                                                          JO ANNE SULIK
Assistant State's Attorney