UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID JOYCE,<br>*Petitioner* | : CASE NO. 3:03CV655(PCD)(JGM)<br>: |
| V. | : |
| THERESA LANTZ, ET AL.,<br>*Respondent* | : SEPTEMBER 9, 2004<br>: |

### MOTION TO PERMIT THE APPEARANCE OF LAW STUDENT INTERN

Pursuant to D. Conn. L. Civ. Rule 83.9, the respondent moves this Court for permission for Michelle H. Neary to appear on behalf of the respondent, Commissioner of Correction Theresa Lantz, in the above-captioned habeas corpus proceeding. The respondent further moves this Court to direct the Clerk to file Ms. Neary's appearance, which is attached to this motion.

In support of this motion, both Ms. Neary and the undersigned counsel have attached affidavits in accordance with the provisions of D. Conn. L. Civ. Rule 83.9(b) and (c).

Respectfully submitted,

RESPONDENT-THERESA LANTZ, ET AL

By: _____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (fax)
Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this motion was mailed to Attorney Richard L. Grant, 36 Tamarack Avenue, PMB # 213, Danbury, Connecticut 06811, (203) 778-8075, on September 9, 2004.

_____
JO ANNE SULIK
Assistant State's Attorney

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID JOYCE | : | CASE NO. 3:03CV655(PCD)(JGM) |
| V. | : | |
| THERESA LANTZ, ET AL., | : | SEPTEMBER 9, 2004 |

## AFFIDAVIT OF ASSISTANT STATE'S ATTORNEY JO ANNE SULIK

I, Jo Anne Sulik, being duly sworn, hereby depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. That pursuant to Local Rules of Civil Procedure 83.9 pertaining to law student internships, I declare the following information related to the above-captioned matter.

3. That I am the supervising attorney for Michelle H. Neary, a law student intern, who is enrolled at the University of Connecticut School of Law.

4. That I am a member of the bar of the United States District Court for the District of Connecticut and that my federal bar number is ct15122.

5. That I assume personal professional responsibility for the above-named student's work and that I will assist her to the extent necessary.

6. That I will appear with the student in all proceedings before this Court unless my presence is waived by the Court.

By: _____
JO ANNE SULIK

Subscribed and sworn before me this 9th day
of September 2004 at Rocky Hill, Connecticut

_____
ANGELA R. MACCHIARULO
Commissioner of the Superior Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID JOYCE,
   Petitioner                         :   CASE NO. 3:03CV655 (PCD)(JGM)

v.                                          :

THERESA LANTZ, ET AL,
   Respondents                      :   AUGUST 24, 2004

## AFFIDAVIT

I, Michelle H. Neary, being duly sworn, hereby depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. That pursuant to Local Rules of Civil Procedure 83.9 pertaining to law student internships, I respectfully ask to be allowed to appear before this Honorable Court in the above-captioned matter,

3. That I am enrolled at the University of Connecticut School of Law.

4. That I am a student in good standing.

5. That I have completed two semesters of credit at the University of Connecticut School of Law.

6. That the University of Connecticut School of Law is an institution approved by the American Bar Association.

7. That my supervising attorneys, Jo Anne Sulik, and Angela Macchiarulo, are members of the bar of the United States District Court for the District of Connecticut.

By: _____
Michelle H. Neary

Subscribed and sworn before me this 24th day of August, 2004.

_____
ANGELA R. MACCHIARULO
Commissioner of the Superior Court