UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID L. JOYCE #92272 | : CASE NO: 3:03-CV-655 (PCD) |
| Petitioner, | : |
| -against- | : |
| THERESA C. LANTZ, COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTION, AND HECTOR RODRIGUEZ, WAARDEN CHESHIRE CORRECTIONAL INSTITUTION | : |
| Respondents. | : SEPTEMBER 16, 2004 |

### MOTION FOR LEAVE TO FILE REPLY
### TO RESPONDENT'S ANSWER BY OCTOBER 28, 2004

Pursuant to Rule 5(e) of the Rules for Proceedings Under 28 U.S.C. § 2254, as amended, the Petitioner hereby moves for leave to file a reply to the Respondent's Answer and Memorandum in Opposition to the Petition for Writ of Habeas dated September 9, 2004. Petitioner requests 45 days up to and including October 28, 2004 within which to file his responsive papers. Counsel for the respondent has been contacted and DOES NOT OBJECT to this motion.

In this regard, undersigned counsel will be on trial in a complex wrongful death/medical malpractice case, Newman v. Whelan, #CV-02-0346680-s, commencing on September 27, 2004 in the judicial district of Danbury. Counsel is also preparing for trial on October 26, 2004 in the judicial district of Stamford in the matter of Siciliano v. Arotsky, #CV-02-0189958-s, a motor vehicle case alleging serious injuries and brain

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

damage, which is expected to commence shortly after or contemporaneously with the conclusion of the Newman v. Whelan case.

Accordingly, additional time is required in order for counsel to prepare proper responsive papers.

Respectfully submitted,

THE PETITIONER
DAVID L. JOYCE

BY: _____
Richard L. Grant
36 Tamarack Ave. PMB #213
Danbury, CT 06811
Tel. (203)778-8075
Fax (203) 778-8075
Federal Court #CT20708

## ORDER

The foregoing MOTION, having been considered by the Court, is hereby

ORDERED:   GRANTED/DENIED.

BY THE COURT (        , J.)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing motion was sent via regular first class mail to all counsel and pro se parties of record on today's date as follows:

Jo Anne Sulik
Appellate Bureau
Chief State's Attorneys Office
300 Corporate Place
Rocky Hill, CT 06067
Tel. 860-258-5800
Attorney for the Respondents

David L. Joyce #92272
Northern C.I.
1E-111
P.O. Box 665
Somers, CT 06067

_____
Richard L. Grant