UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID L. JOYCE, #92272 : | |
| : | |
| VS. : | CASE NO. 3:03CV655 (PCD) |
| : | |
| THERESA C. LANTZ, COMMISSIONER, : | |
| ET AL. : | |

**ENDORSEMENT ORDER**

The Motion to Permit the Appearance of Law Student Intern, document no. 35, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 4th day of October, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court