UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID L. JOYCE, #92272 | : |
| | : |
| VS. | : CASE NO. 3:03CV655 (PCD) |
| | : |
| THERESA C. LANTZ, COMMISSIONER, | : |
| ET AL. | : |

**ENDORSEMENT ORDER**

The Motion for Leave to File Reply to Respondent's Answer by October 28, 2004, document no. 36, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 4th day of October, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court