UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID L. JOYCE #92272 | : | CASE NO: 3:03-CV-655 (PCD) |
| Petitioner, | : | |
| -against- | : | |
| THERESA C. LANTZ, COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTION, AND HECTOR RODRIGUEZ, WAARDEN CHESHIRE CORRECTIONAL INSTITUTION | : : : | |
| Respondents. | : | OCTOBER 27, 2004 |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE REPLY TO RESPONDENT'S ANSWER AND MEMORANDUM IN
OPPOSITION TO PETITION FOR WRIT OF HABEAS CORPUS**

Pursuant to Rule 5(e) of the Rules for Proceedings Under 28 U.S.C. § 2254, as amended, the Petitioner hereby moves for an additional extension of time up to and including November 15, 2004, within which to file a reply brief to the respondent's answer and memorandum in opposition to the petition for writ of habeas corpus dated September 9, 2004. Undersigned counsel has been on trial through October 26, 2004 in the matter of Lane v. Stamford Motors, et al, WCC NO.:700129684, a worker's compensation case in Worker's Compensation District 7 in Stamford, before Commissioner Metro, a case involving allegations of carbon monoxide poisoning and complex scientific evidence and expert testimony. Counsel for the respondent has been contacted and has stated that she has **NO OBJECTION** to this motion.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

Respectfully submitted,

THE PETITIONER
DAVID L. JOYCE


BY:_____
  Richard L. Grant
  36 Tamarack Ave. PMB #213
  Danbury, CT 06811
  Tel. (203)778-8075
  Fax (203) 778-8075
  Federal Court #CT20708

## **ORDER**

The foregoing MOTION, having been considered by the Court, is hereby

ORDERED:   GRANTED/DENIED.

BY THE COURT (        , J.)

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing motion was sent via regular first class mail to all counsel and pro se parties of record on today's date as follows:

Jo Anne Sulik
Appellate Bureau
Chief State's Attorneys Office
300 Corporate Place
Rocky Hill, CT 06067
Tel. 860-258-5800
Attorney for the Respondents

David L. Joyce #92272
Northern C.I.
1E-111
P.O. Box 665
Somers, CT 06067

                                                                                               _____
                                                                                               Richard L. Grant