**<u>EXHIBIT "B"</u>**

STATE OF CONNECTICUT)
COUNTY OF FAIRFIELD )   ss.   *Bridgeport*

### POLICE OFFICER AFFIDAVIT

I, *JOHN KENNEDY* , being duly sworn say:

1. I believe in the obligation of an oath;

2. I am *35* years of age;

3. I was interviewed by a member of the Bridgeport Police
   Department, Office of Internal Affairs on the *22* day of
   *MARCH* , 19 *90* in regards to case # *0020* .

4. I have read and reviewed the typewritten transcript of the
   aforementioned interview which is *32* page(s) in length and
   found the same to be a true and accurate account of said
   interview;

5. After reading and reviewing said transcript I did initial and
   date each page.


SIGNED: _____    DATE: *03/22/90*


Subscribed and sworn to before me on this *22ⁿᵈ* day of *March*
19 *90* .

*Dr. John R. Cotman*
*Notary Public*
*My Comm. Expires*
*3/31/93*

## FORMAT FOR TAPED INTERVIEW

OIA CASE NO: *0020* OIA TAPE NO: *655*    TAPE INDICATOR:

(1)    This is the interview of Police Officer: *JOHN KENNEDY*

(2)    Being conducted on: (day) *TUESDAY*    (date) *FEB 20, 1990*

(3)    At: (time started) *1409*    HOURS

(4)    In the Office of Internal Affairs: (or other) *OIA*

(5)    This interview is being conducted by: *DET JOHN COSTANZO*

(6)    Present during this interview is/are: *A/SGT NANCY LACKUPS* *P.O. JOHN GALPIN REP LOCAL 1159    SGT WILLIAM CONNOLLY*

(7)    Officer, the purpose and/or reason for this interview is: *TO DETERMINE FACTS & CIRCUMSTANCES OF AN INCIDENT THAT OCCURRED ON THURS, FEB 15, 1990 AT APPROX, 2000 hrs (THE ARRESTS YOU MADE AT THE TRAIN STATN*

(8)    You are hereby advised that this interview is for administrative purposes only and as a public servant you are obligated to answer questions relative to your employment. Any and all statements made by you during the course of this interview cannot be utilized in any criminal proceedings which may be currently pending or may be initiated against you regarding this investigation.

(9)    Would you please tell me in your own words all the facts and circumstances regarding:

(10)    Specific questions by interviewing officers:

(11)    After completion of specific questions the following is asked: Is there anything else you would care to add at this time?

(12)    Then ask: If necessary would you make yourself available for a further interview regarding this matter under investigation?

(13)    Upon completion state: The interview of Police Officer *John Kennedy* _____ is being concluded at _____ hours.

TAPE INDICATOR:_____(end)    OIA TAPE NO:_____    TAPES USED:_____

*Dept. Exhibit L.*
*S. 96*

**Police Officer John Kennedy**

This is Internal Affairs case 0020, tape number 655.  The interview
of Police Officer John Kennedy.  It's being conducted on Tuesday,
February 20, 1990 at a start time of 1409 hours.  It's being
conducted in the Office of Internal Affairs by Det. John Costanzo.
Present during this interview is A/Sgt. Nancy Lackups, Sgt. William
Connolly and Police Officer John Galpin representing Police Union
Local 1159.

Lackups:   Officer Kennedy, the purpose of this interview is to

determine the facts and circumstances of an incident

that occurred on Thursday, February 15, 1990 at

approximately 2000 hours, including the arrest you made

at the train station.

You are hereby advised that this interview is for

administrative purposes only and as a public servant

you are obligated to answer questions relative to your

employment.  Any and all statements made by you during

the course of this interview cannot be utilized in any



criminal proceedings which may be currently pending

or may be initiated against you regarding this

investigation.

Costanzo:   John, how long have you been a police officer?

Kennedy:   Eleven years and change.

Costanzo:   (unintelligible)  Where are you presently assigned?

Kennedy:   Patrol division.

Costanzo:   Any particular squad?

Kennedy:   The day shift, first squad.

Costanzo:   Were you working or have occasion to work on February 15,

1990?

Kennedy:   I was out in, that was last Thursday, I was on an

outside overtime assignment at the Bridgeport Transit

Officer John Kennedy
page 2

Kennedy:    Bus Terminal downtown, between three p.m. and eleven p.m.

Costanzo:    And that was your assignment?

Kennedy:    Yes.

Costanzo:    Were you assigned to that overtime detail in uniform?

Kennedy:    Yes.

Costanzo:    As a representative of the Bridgeport Police Department?
            Did you have any unusual occurance that night?

Connolly:    John, let me ask you before you start.  You generated
             a report on that incident that night.  Have you had a
             chance to go over that or would you like a chance to
             review that?

Kennedy:    I had a copy, I have, I had a copy before (unintelligible)

Connolly:    Then you're all, you're familiar with the incident
             we're discussing, okay.  We have a copy in case you
             need to refer to it, all right.  Okay, if you could
             just basically tell us how you came in contact.  And
             why don't we ask John if he can identify this.

Costanzo:    Two pictures.

Connolly:    Two pictures.

Lackups:    Okay, I'm going to show you picture 21289 of a black
            male.  Do you recognize this person?

Kennedy:    Yes, I believe his last name is Joyce.

Lackups:    All right, for the tape this is a picture of David
            Joyce.  And do you recognize this person?  This is
            photo 36325.

Kennedy:    I believe his name is Jackson.

Officer John Kennedy
page 3

Lackups:    And for the tape this is suspect Issac Jackson.

Connolly:   Are they the two parties you had contact with on

            the night in question?

Kennedy:    Yes.

Costanzo:   How did you come to occasion to come in contact with

            these two parties?

Kennedy:    I uh, it was hsortly after I returned from lunch, I

            was going for my car in the bus terminal.  To the best

            of my recollection.  I saw the two males in these

            pictures, Joyce and Jackson, run by me and the bus

            terminal over on to I believe it's Plaza Street that

            runs along the back of the Bank Mart between the tunnel

            where the Bridgeport local buses go through and the

            rear of the Bank Mart building and the rear of the News

            Corner, Wendy's building.  They jumped over the fence,

            they were both running and they kept looking over their

            shoulders.  And it was just instinct that I looked at

            them.  And seconds later they, they were, proceeded

            up on to Main Street.  There's a short street that runs

            between the banks from down I believe it's Bank Street.

Connolly:   Um-hum.

Kennedy:    All right, they ran up Bank Street towards Main Street.

            And that was the last I saw of them.  And just as they

            were out of sight two security guards come over and they

            said did I see two black males run by.  And I said yeah,

            one guy had a black leather jacket on which I noticed.

Officer John Kennedy
page 4

Kennedy:    Jackson was wearing a motorcycle style jacket.  And I
            told, said to the security guards, "They just went up
            towards Main Street".  I pointed up Bank Street towards
            Main.  They said, "well we think they, they just did a",
            this is not a quote, either they did a purse job or
            they snatched a purse, or something involving a purse.
            And the two security guards then ran on foot after the
            two males where I had directed them to.  At this point
            I entered my own vehicle, which was parked nearby.
            I drove down Water Street to North Frontage believing
            that if these two males were headed either back to
            Marina Village or Marina Apartments which is off Main
            Street, or possibly to Pequonnock and trying to think
            ahead to their route of travel that they would go
            I went down and tried to head them off at the pass
            shall we say.  Nothing, I didn't observe nothing on
            Main and North Frontage.  I started coming back up Main
            Street and I observed the two security guards trying to
            hold on to these two males in front of the new Peoples
            Tower building at Main and State.  I exited my vehicle
            and attempted to ascertain what was going on.

Connolly:   You were in uniform then?

Kennedy:    Yes.

Connolly:   Okay.

Kennedy:    Okay, like I said, I was just coming back from lunch.
            I had my jacket, I had my jacket on, I took my jacket off.



Officer John Kennedy
page 5

Kennedy:     And I stated to the two males in the picture, that I am
             not a security guard, that I was a police officer.
             Okay, so I identified myself to them.  And they were,
             these two were unbelievably troublesome, boisterous.
             They both appeared either intoxicated or under the
             influence of something.  Okay, and they kept screaming
             "we didn't do nothing, this is all bullshit", and on and
             on and on.  So I tried to get them to calm down, I says
             them, "look".  Jackson jumped away from me and pulled
             open his jacket and reached as if he was going to grab
             something.  I grabbed him and patted him down.  Okay, and
             I had no, I had no portable radio to call for help with.
             I was on my own except for these two security guards.
             And I wasn't sure whether this man had a weapon or
             what was going to go on.  So I asked what was going on.
             I tried to get everybody to calm down.  These guys just
             wouldn't ease up.  They were jumping up and down and
             screaming, apparently they were upset that the security
             guards had stopped them from running or whatever before
             I got there.  Okay, you know, the two guards had detained
             them.  So I said to them, "look", I says, "apparently a
             crime took place at the Railroad Station.  For one reason
             or another you two are suspect of possibly being involved".
             They said they would go back to the train station.  All
             right, they started walking back with the security guards
             to the train station.  I followed them as best I could.
             There was a short interval where I had to park my car

Officer John Kennedy
page 6

Kennedy: and get back out of my car.  I believe, okay, Jackson
was up inside the train station with one of the
secuity guards.  When I.

Connolly: One of the security guards was white and one was black.

Kennedy: Right.  One, the black security guard works for the
train station.

Connolly: The railroad station.  Okay.

Kennedy: The other security guards works for CBT.

Connolly: CBT.

Kennedy: Which is the building adjacent to the train station.

Connolly: Okay, do you remember which, who was with who?

Kennedy: The black guy was upstairs with Jackson.

Connolly: Okay.

Kennedy: All right, the CBT security guard was still downstairs.
And when I come up he's standing there with Joyce and
he says "they", you know, "they're still giving us a
lot of problems.  We thought they were going to run
away".  I says, "Okay, let's go upstairs and see if we
can straighten this out".  Joyce just kept calling me a
motherfucker and this guy was loud and obnoxious.  And
he was being very unreasonable.  And I continually
warned the both of them to stop with the profanity,
stop with the yelling and screaming.  That if there was
no problem and they were not involved with the crime,
whatever it was with the purse.  I hadn't found out
exactly what happened yet, I was still trying to sort

Officer John Kennedy
page 7

Kennedy:    things out.  I told them both, "If you weren't involved
            you'd be free to go".  I said, "but at this point I
            have a suspicion that a crime took place and it's
            possible you're involved and you're being detained for
            that".  All right, he started flailing his arms around.
            A bottle of liquor come out.  I grabbed the bottle of
            liquor and I placed him under arrest.

Connolly:   Where did this take place?

Kennedy:    On the stairs, halfway up the set of stairs that goes
            from lower State Street, no excuse me, lower John Street
            up to the second level, the main level of the train
            station.

Connolly:   Okay.

Kennedy:    I scuffled with him a little bit, I got him handcuffed.
            Okay, the bottle, whatever it was, the liquor that he
            had went off the side of the stairs, we were leaning
            over the stairs.  It went off the side of the stairs
            and down about ten feet and smashed on the sidewalk.
            We get upstairs, get into the train station.  And the
            screaming is still going on.  Now Jackson sees me coming
            in the door with his friend in handcuffs, he gets enraged
            again.  Now the screaming and the profanities and the
            whole thing starts all over again.  I walk Joyce over
            and there's a small office.  It's it's a big closet
            that's off the main concourse of the train station.

Officer John Kennedy
page 8

Connolly:   That's the one between the bank of telephones and like
            the ticket office?

Kennedy:    Right.

Connolly:   Okay.

Kennedy:    Correct.  So I get him in there, the guy he will not sit
            down.  I trying to get, I said to him, I says, "Look, just
            sit down, calm down".  I says, "You're under arrest for",
            they, he would not understand, possibly because whatever
            he was high on, he kept saying, "well man, we're just
            high and we're", he kept saying something about a funeral.
            And I says, and they kept trying to tell me that they
            didn't steal any purse or anything.  And I repeatedly
            advised him, I told him he was not under arrest for that.
            That I had continually warned him to stop with the
            yelling and the screaming and the profanities, at me
            and at the guards, in the presence of the public and
            the other people that are in the train station.  And
            that's why he was under arrest.

Costanzo:   You're explaining this to Mr. Jackson?

Connolly:   Jackson.

Lackups:    And that was Jackson.

Kennedy:    No, Mr. Joyce there in the office.  Now, I'm trying to
            stand in the doorway of the office, keep him contained
            in the office.  Jackson's outside and he's starting
            more and more of a problem outside.  There's a crowd
            starting to gather of other people that had gotten

Officer John Kennedy
page 9

Kennedy:   off a train.  He's just being a, you know, unbelievable.
           I don't know how to put it.  I said from the doorway
           to Jackson, he's about twelve feet away, I says, "If
           you don't stop and calm down you're going to be
           arrested also".  To which he replied with more profanities.
           I asked the security guard for his handcuffs.  Told
           Jackson, "You are under arrest for disorderly conduct".

Lackups:   Was that inside the office?

Kennedy:   No, I went out and grabbed him.

Lackups:   From outside?

Kennedy:   I went out, I don't remember if I cuffed him outside.

Lackups:   Okay.

Kennedy:   Or inside the office.

Connolly:  Which security guard did you ask for the cuffs?
           Do you remember.

Kennedy:   I believe it was the black guy that works in the train
           station.  And I just like, I only carry one set of
           handcuffs.  So I got him handcuffed.  He, he was a little
           bit of  a problem getting handcuffed.  It was not a
           textbook handcuffing.

Connolly:  He did not submit to the arrest.

Kennedy:   It's a very thin line.  All right, in my heart I can't
           say he was resisting arrest where he started swinging
           his arms at me.  But it wasn't easy to get him, his
           arms were moving, he was like, "wait a minute, wait

Officer John Kennedy
page 10

Kennedy:     a minute, wait a minute, I, I didn't rop off no

             pocketbook".  I kept telling, and I said to him too,

             I says, "you're not arrested for anything involving,

             you're arrested for disorderly conduct".

Lackups:     Did anybody help you put the handcuffs on him?

             On Jackson?

Kennedy:     I don't remember.  I remember we got handcuffed.  I had

             him.

Lackups:     Okay, so to the best of your knowledge.

Kennedy:     And he kept jerking.

Lackups:     It was just the two of you, and you and the security

             guard?

Kennedy:     He kept.  Yes.  The guards were there.  You know, I

             closed my eyes and I could see it was a ball of

             confusion.  They all were just screaming and hollering

             constantly.  And there were people coming and going

             from the train...There was a woman there that was a

             victim of the original incident.  I'm trying to keep

             an eye on her to find, so I can find out what's going

             on from her, after I'm trying to contain two prisoners

             in this office.  I kept telling them, "Just sit down

             and".

Connolly:    John, you got, you then after you handcuffed Jackson

             you put him in the office too?

Kennedy:     Yes.

Officer John Kennedy
page 11

Connolly:   Okay, please continue.

Kennedy:    Now I had them contained.

Connolly:   So you had them both in the office, you're in the
            office.

Kennedy:    I told, I said to one of the security guards, "call
            for a police car". "Call for some help". And I'm in
            the doorway, I'm trying to watch the two prisoners,
            look out into the concourse so I can yell to him to
            call for some help. These guys would not sit down,
            they kept getting up. I was afraid they were going
            to try and get through me and out.

Connolly:   The door.

Kennedy:    The door.

Connolly:   Okay.

Kennedy:    All right, that was my concern. I was, I did not get
            a chance to frisk these guys. I'm not, I'm trying to
            keep my eye on them cause I don't know if they got
            any kind of a weapon on them. I was, as fast as I could
            look at one I had to look, turn around and look back
            at the other one because I was worried something was
            going to happen, either they were going to try and
            get by me. Even though they were handcuffed they were
            both my size. One was taller. And they were either
            belly, they kept coming up and bellying up to me.

Lackups:    Like body slamming?

Officer John Kennedy
page 12

Kennedy:    It was just to try to pin me against the wall or
            something.  They were violating what we're trained
            to keep as a certain amount of space between us,
            ourselves and any arrested person.  A certain safety
            zone.  All right, and instinctively when that zone
            gets violated I get worried.  All right, there was
            no, nothing to stop these guys from either tripping
            me, knocking me down the two of them would be gone.

Lackups:    All right, so did one of the guards call for help.

Kennedy:    One of the guards called for help.

Connolly:   Do you remember which one?

Kennedy:    I believe the CBT guard.

Connolly:   Okay.  Where's the other guy? (unintelligible)
            Is he in the office or is he behind you out in the
            lobby?  Do you remember?

Kennedy:    I believe he was in the lobby.

Connolly:   Okay.

Kennedy:    To the best of my recollection he was out in the lobby.
            And like I said, there was other, there was other
            people coming, they were coming and going.  And I,
            I'm trying to take in a lot of thing were happening
            around me and registering.  I was doing the best I
            could.  Okay.  Now that the troops come.  The door, we
            get into the office.  I don't know, it was, as always
            happens whenever a signal 32 is called, multiple officers
            showed up at the scene.

Officer John Kennedy
page 13

Lackups:    When you were in the office did you have the door to the

office open or closed?  Do you remember?

Kennedy:    Both, it was partially open so I could watch what was

going on.  And every time I, I was trying to stand by

the door, looking and continually watch the two

handcuffed persons and also watch what was going on

out in the, watch for the cops to start coming through

the door.  Okay, I didn't think it was a, I didn't feel

like a good idea keeping the door closed with myself

in the room alone with the two guys that were handcuffed

who would not sit down.  And like I said, continually

kept getting in my face, spitting in my, not you know,

screaming in my face.  And I just didn't think it would

be a good idea, at least if the door was open, if they

made a move on me I got room to move out where I can

defend myself in open space instead of being contained

into a small confined area of an office.  The cops came,

everybody piled in the office.  I said to them, the

statement, "You're both under arrest for disorderly

conduct".  I was talking to one cop, Jackson either

come at my back like he was either going to move on me or

something.  Joe Procaccini was standing behind me, he

shoved the guy, the guy went onto a desk and fell on

the floor.  Picked him up and got him out of there.

The other one went nuts.  We grabbed him, put him up

against the wall, the prisoner was taken out of there.

Officer John Kennedy
page 14

Lackups:    Which is the person that was handcuffed that came

            toward the back of you?  The one that Officer Procaccini?

Kennedy:    Jackson.

Lackups:    Jackson was the one that Procaccini shoved and he fell

            over the desk?

Kennedy:    Yes.

Lackups:    Okay, did?

Kennedy:    I don't know if you'd call it a shove or like a football

            block, but he went back.

Lackups:    The guy started toward you, you know, like that, and you

            put your hands up?

Kennedy:    Yep it was like a.

Lackups:    Okay and.

Kennedy:    I didn't have time to put my hands up.  I had my back.

Lackups:    All right, the person that you were talking to, the

            other policeman that you were talking to, do you

            remember who that was?

Kennedy:    No.

Lackups:    Okay.

Costanzo:   Do you remember any other policemen that were there

            beside yourself and Joe?

Kennedy:    Daniels was there, because as soon as he came in apparently

            he's friends with these guys.  As soon as he came through

            the door it was, "Hey Dave, yo Dave buddy help us out

            with this thing, get us out of this, this is wrong, you're

            our boy, help us out".

Officer John Kennedy
page 15

Costanzo: This was when you were taking the prisoners out or was this the first arriving officer to get (unintelligible)

Kennedy: I remember he could have been. Like I said, there was a lot of cops there, a lot of them are new guys that I don't know that got assigned to the C shift.

Costanzo: You said you were standing the the doorway, John, they got a little block of wood that will hold the door open. Is that block of wood being utilized by holding the door open, or were you holding the door open?

Kennedy: I believe I was holding it open. I don't remember the block of wood.

Costanzo: Okay.

Connolly: You're not sure when Daniels got there?

Kennedy: He could have been there with the first wave. They're were a lot of, you know, there was a lot of guys there.

Connolly: Okay. Did you escort one of the prisoners up to booking? Did you?

Kennedy: I came out, I came downstairs with Jackson. I walked him over to the rear of a radio car. And I believe that Daniels walked up alongside of me, I thought it was his radio car. I turned around, I walked away. I, to the best I can remember it was Phil Purciello, it turned out to be his car. And I said, "just take him up to booking, drop him off. I've got my car, okay, just, they're my prisoners, I arrested them, just take them up to booking, drop them off. I'll come and process them

Officer John Kennedy
page 16

Kennedy:      and handle all the paperwork and take care of everything".
              I turned around, as I was walking I turned around and
              I saw Daniels doing something with Jackson's handcuffs.
              And it, I stopped for a second, I looked, I wondered
              what was going on.  And he clicked them up and put him
              in the back of the car.  I may have mentioned later on
              to Sgt. Carlson and one of the Halpin brothers, the
              sergeant and taller of the two of them, that I couldn't
              understand why he was messing around with the handcuffs
              on my prisoner.  I arrested the man, they were my
              handcuffs on him.  All I had asked anybody to do was
              transport them to booking.

Costanzo:     To the best of your recollection who took Joyce to
              booking?

Kennedy:      I have no idea.

Costanzo:     You don't know how he got there?

Connolly:     He was there when you got there, John?

Kennedy:      They were both in the holding cell when I got there.

Connolly:     Both of them.

Costanzo:     And you're not sure really then who took Jackson up to
              booking?

Kennedy:      I believe it was Phil's car, it was.

Costanzo:     When you left.

Kennedy:      I didn't even look at the car number.

Costanzo:     You said when you left Daniels was standing there with
              the prisoner Jackson and you assumed that was his car.

Officer John Kennedy
page 17

Kennedy:     I thought it was his radio car.

Costanzo:    You don't know how Jackson?

Kennedy:     I figured it was, you know, I put him in the custody

of a cop with a radio car to transport him to booking.

I wasn't going to put him in my personal car and take him.

Lackups:     Did you think, you thought that Daniels had a car,

a radio car?

Kennedy:     Yeah.

Lackups:     Okay.

Kennedy:     I thought he, I thought it was his radio car.

Lackups:     Okay, and at that time when you were downstairs when

you saw Jackson, to the best of your knowledge was

Joyce still on the way down or had he already been

transported?

Kennedy:     I believe Jackson was the first one, I took him down

and whatever happened to Joyce was behind me upstairs.

Lackups:     After you left.

Kennedy:     And around the back of me.

Lackups:     Okay.

Kennedy:     There was a good ten cars if not more.

Lackups:     Were either of these two prisoners at the scene while

you were still in their company complaining of anything

in regards to the police?

Kennedy:     All I heard was, "you this is wrong.  We didn't do

nothing."  Just hollering, this incoherent hollering

and screaming, the jist of it, I can't give you quotes.

Officer John Kennedy
page 18

Lackups:    Okay, you placed the handcuffs on both suspects?

Kennedy:    Yes.

Lackups:    Did the first suspect that you placed under arrest,
            Mr. Jackson, complain that his handcuffs were too
            tight?

Kennedy:    Yes.  I told him that he would shortly be in booking
            and that they would be removed.

Lackups:    Okay.

Connolly:   And that's.

Kennedy:    I was not going to take the chance of taking the
            handcuffs off this man.

Connolly:   And that's.

Kennedy:    By myself.

Connolly:   That's not, you've been a policeman for eleven years,
            right, you made a lot of arrests, right.  Is that not
            a common complaint?

Kennedy:    Every prisoner, absolutely.  I've had an awful lot of
            people say to me, "the handcuffs are too tight".  And
            I've seen a lot of instances where some cop made the
            bad mistake of taking the handcuffs off and either
            ended up getting them wrapped around his neck or
            lost the prisoner on account of it.  If I put a, if
            I put those handcuffs on that's where they stay until
            the guy gets to booking and they come off.

Lackups:    And is it also.

Kennedy:    I don't know if they take, I'm not going to put myself

Officer John Kennedy
page 19

Kennedy:      in danger or any other police officer in danger.

Connolly:     When you put the handcuffs on, you put them on the
              same way you put them on everybody when you make an
              arrest, right?

Kennedy:      The situation with him was not a textbook handcuff
              situation.  I didn't, you know, it wasn't to the point
              where the guy voluntarily put his hands behind his back
              palms out, thumbs out, where they could be handcuffed,
              and take the time to double lock them and make sure
              that he was properly fit with the handcuffs.  His
              hands were twisted around.  I admit that they may have
              been twisted, they may have been hurting him.  And I
              told him, "momentarily you're going to be in booking.
              They will come off as soon as you get to booking and
              I process, I go to process your paperwork".  And I
              told him, I said, "when we get to booking we'll take
              them off.  They're not jewelry".

Lackups:      Isn't it possible that if a suspect has handcuffs on
              and continues to struggle and fight that he could twist
              his wrists inside the handcuffs?  Causing a.

Kennedy:      Absolutely.

Connolly:     Okay, John, he gets, Jackson gets knocked over the desk
              and he ends up on the floor.  Who picks him up?
              Do you remember?

Kennedy:      I helped pick him up, I don't know who else was there.

Officer John Kennedy
page 20

Connolly:   Did you ever kick him?

Kennedy:    We picked him up, he was picked off the floor.

            Not that I saw.  Not to my knowledge.

Connolly:   You didn't kick him?

Kennedy:    No I did not.

Connolly:   The other officer, you don't remember but, you never

            saw anybody ever kick him?

Kennedy:    No I did not, nope.

Connolly:   Now Joyce was also in there, okay.  Did you ever hit

            Joyce?

Kennedy:    No I did not.

Connolly:   Did you see anybody hit Joyce?

Kennedy:    I saw him, I grabbed him by, I pushed him flat armed

            up against the wall, okay.  And he was, just like I said,

            he was squirming and trying, I don't know if he was

            trying to get away or what he whether he was going to

            start kicking or what.  We pinned him to the wall.

            Procaccini had him by the front of his, opend handed

            by the front of underneith his chin.  Okay, we pinned

            him to the wall.  I told him, "calm down, relax.  When

            we get to booking we'll straighten it all out".  To

            that, again this is not a quote, we just him to calm,

            we were trying to get him to calm down and chill out.

            They, these guys were just, they were going nuts because

            they kept, they couldn't understand that they were not

            being arrested for the purse snatching, they were being



Officer John Kennedy
page 21

Kennedy:    arrested for disorderly situation, that they were

            continuing to do, even up to that point.  And I,

            I told them, I says, "If you guys will just shut up

            you wouldn't be in this position".

Connolly:   Did you notice any marks or bruises on the the faces?

Kennedy:    No I didn't.

Connolly:   Now you're up in booking with them, okay.  And I'm

            going to surmise that they're in the holding cell.

            And you're going to start with your routine paperwork,

            so on and so forth.

Kennedy:    I was trying, but they'd be calm one second and it

            would be like somebody flipped a switch, they'd both

            start screaming and hollering again.

Connolly:   Okay, we're going to shut off the tape just so we can

            reverse the side.

Lackups:    Okay, tape number 655 is being stopped at 1435 hours to

            go to side B.

Lackups:    Tape 655 is being restarted on side A as it was in error

            that it had to be turned over.

Connolly:   Just to go back, John, you're in there, you're going to

            start doing your paperwork which would require you asking

            their names, trying to get identification.  The routine

            process.  During that process.

Kennedy:    It took me a few minutes to get in there.  I was also

            upset.

Connolly:   Oh I realize that.

Officer John Kennedy
page 22

Kennedy:    I was, you know again, I was sitting by myself for a

            while.  And I went out into the outer booking area.

            I sat down for a few minutes, I had a cigarette.  I got

            the paperwork that I was going to need for arrest cards,

            CC38 forms. And went back into the booking area proper

            where the holding cell is.  These guys were still

            screaming.

Connolly:   Both of them are in the holding cell?

Kennedy:    Both of them are in the holding cell.

Connolly:   When you get there the handcuffs are off them and they're

            in the holding cell.

Kennedy:    Correct.

Connolly:   Okay.  Did they say to you at any time, make a claim of

            injury?

Kennedy:    I can't give you a quote, said, "you guys were wrong,

            you didn't, we got, we got beat up, we got beat up."

            They weren't talking to me they were talking to each

            other.  And it was like the whole world, oh yeah yeah,

            they, they did us wrong, we didn't snatch no purse,

            we'll get out of this, no problem.  They put their hands

            on us.  We got no problem with that.  We got guys that

            will back us up.

Connolly:   So they made no.

Kennedy:    I looked in there and they said, they said something to

            me the fact that, "well didn't you see, didn't you see

            us get beat up?"  I said, "I was there I didn't see you

            get beat up".  Again not a quote, not a quote.

Officer John Kennedy
page 23

Connolly:   They made no request for medical assistance?

Kennedy:   Absolutely not.

Connolly:   You see them in the holding cell.  You've been a police
officer eleven years, all right.  In your opinion did
you see any injuries that may lead you to believe that
they needed   medical assistance?

Kennedy:   Absolutely not.

Costanzo:   And you said earlier they appeared to be intoxicated.
You've been a police officer eleven years.

Kennedy:   They were under the influence of alcohol and/or I don't
know.  But they were, they admitted, they said, "we've
been drinking we're high", you know, "we were at a
funeral, all you can, you know, all you can, we, all
we are is high, why you got to do this to us".

Costanzo:   And you did say one of them had a bottle of liquor?

Kennedy:   Yes.

Costanzo:   Alcohol beverage?

Kennedy:   Yes, it was I believe rum, a bottle of rum.  The other
one, Jackson had a bottle of Jack Daniels.  I got it
out of his pocket and put it on the counter.  In the
confusion afterwards whatever happened to the bottle
of Jack Daniels I can't tell you.

Costanzo:   The counter where?

Lackups:   In booking you mean?

Kennedy:   I believe in booking.

Costanzo:   Okay.

Officer John Kennedy
page 24

Kennedy:    I believe in booking.

Lackups:    All right, was there any other discussion going on,
            or any argument confrontation type discussion between
            the parties in the holding cell and any of the other
            officers who accompanied you or came in as a result
            of this arrest?  That you recall?

Kennedy:    I was sitting in the report writing area.  The door
            was closed and locked in between the report writing
            area and the holding cell/booking desk area.  I heard
            a commotion in there.  And I thought that, I believe
            there was a female officer in booking and somebody
            else.  And I thought there was a possibility they were
            either trying to get out the door or when they went
            to take them out of the holding cell a lot of the times
            you run into problem with a prisoner.  I, when I was
            working in booking I had a prisoner that was walking to
            the camera, bolted for the door.  I couldn't, I couldn'
            hear words, I could just hear a lot of noise that wasn't
            there.  It was a split second thing, all of a sudden
            it was a lot of noise.  I jumped up and I opened up the
            door.  And Santos apparently had gotten into some sort
            of a conversation with Jackson.  Now Santos is walking
            back towards the door that I was opening and said,
            "I'm going to add a threatening charge".  Apparently
            I didn't hear the words or, like I said, the door was
            closed and it was locked.  I had to get up and open it

Officer John Kennedy
page 25

Kennedy:    and then go through the, the other dutch doors.  There's
            a double set of doors.  There's a solid door and then
            a dutch door in between the report writing area  and
            the booking area proper.  By the time I got the door
            open and got the dutch door open and went to go into
            booking to make sure that everything was okay with the
            other cops in there, Dave was walking by the gun cabinets
            saying, "we're going to charge, he's threatening, he
            threatened me I'm going to charge him with threatening".

Lackups:    And the two parties were still in the holding cell?

Kennedy:    Yes, they were still in the holding cell.

Lackups:    Okay, was Officer Santos at the scene at the train
            station?  To the best of your recollection.

Kennedy:    I don't remember seeing him there, he may have been there.

Costanzo:   When you got to the booking area proper, when you walked
            in, were there any other officers there at the beginning,
            do you remember?

Kennedy:    There was, I don't remember who it was.  Again there's a
            lot of young cops that are on the four to twelve shift
            and I know faces but I don't know what their names are.

Connolly:   John, let me ask you this, are you, do you know Officer
            Daniels?

Kennedy:    No.

Connolly:   Do you know who I'm speaking about?

Kennedy:    Yes I know who he is, I know his.

Connolly:   I just want to make sure we, if you look at a picture
            and make sure we're

)

Officer John Kennedy
page 26

Kennedy:   That's him.

Connolly:  Okay.

Lackups:   Okay, for the tape this is a picture of Officer
           David Daniels.

Connolly:  Have you ever had the opportunity to work with him
           that you remember?

Kennedy:   No, I can only remember one instance where I ever came
           in any contact with him was he had a call, I was, we
           was on day shift.  And he was on midnights or something
           and we had a, my old partner and I had a seventy-seven
           with him.  And he was either on the way to another call
           or on the way in in the morning or something.  He came
           upon an incident that we ended up getting dispatched
           to, he stood on the scene until we came to handle
           the call.

Connolly:  Would it be fair to say that.

Kennedy:   His locker is across from mine.  So I see him in the
           locker room.

Connolly:  Would it be fair to say that your contact with him is
           very minimal within a professional capacity only?

Kennedy:   Absolutely.  I, if I see the guy in the locker room
           or something, that's it I don't, didn't know him before
           he came on the job I never worked with him, socalized
           with him, I never worked with him in a car or anything.

Connolly:  Has he had any opportunity or come to you to discuss
           what went on at the railroad station?

Officer John Kennedy
page 27

Kennedy:    None whatsoever.

Connolly:   Did you have any conversation, did he say anything to
            you that night?

Kennedy:    No he did not.

Connolly:   Did he make any comments to you that he thought the
            treatment of the two prisoners was out of the ordinary?

Kennedy:    The man never spoke to me.

Lackups:    Did you overhear any conversation between Officer
            Daniels and the two in the holding cell?

Kennedy:    When we were walking out of the train station I overheard
            him say, "Yeah, that's right, that was wrong", "Hey Dave
            you got to help us out with this one".  I don't remember
            the exact words.

Lackups:    You don't know to what he was referring?

Kennedy:    No.

Connolly:   In your professional opinion would you consider, strictly
            based on the conversations, okay, between the suspects
            the arrestees and the officer, would you feel they knew
            each other or they were friendly?

Kennedy:    Yes, I would say they were friends.

Costanzo:   Between Officer Daniels and the parties arrested?

Kennedy:    Yes.

Connolly:   Almost to the point that.

Kennedy:    According to that first name basis.

Connolly:   Almost to the point that you also, a little bit earlier
            you stated that you were concerned when you saw him with

Officer John Kennedy
page 28

Connolly:   the handcuffs?

Kennedy:    I didn't, I didn't know what to think.  I, you know, I
            thought that he, he was probably readjusting them.
            Let's put it this way, later more and more I think
            about it, I hoped all it was was that he was just
            readjusting the handcuffs.

Costanzo:   When you say first name basis, they addressed him on
            a first name basis.  Did he address them back on a
            first name basis, do you remember?

Kennedy:    I don't remember if they did or they didn't.

Connolly:   Just to go over, John, two people are in your custody,
            they're both under arrest.  Okay.  While they're in your
            custody, your sight, you never saw anybody abuse either
            one of them?

Kennedy:    They were not abused.  The force necessary to contain
            them and to keep them from either hurting any other
            officers, or like I said they were intoxicated, hurting
            themselves was used.  But I don't feel that any undue
            force was exerted at all.

Connolly:   John, we got a little diagram of the office.  We want
            you to take a look at.  This is not to scale, okay.
            We are not artists.  Not artists okay.

Kennedy:    You can say that again.

Lackups:    The desk is about to here, right?

Kennedy:    That makes it look, that makes the office look like
            the size of Yankee Stadium.



Office   ohn Kennedy
page 2

Connol    Yeah, right.

Costar    But that's so that we could just get a idea of where

          you were where they were and basically how it went.

Kennec    I believe that door opens out.

Connol    No, it opens in.  Okay, we were down there.

          Okay, here's your entrance coming in.  Okay, you lobby

          area out here, okay.  And basically if you could just.

Kennec    If I remember right there was more than one chair in

          there.

Connol  :  Which it may have been.

Costar  :  May have been.

Connol  :  Okay.  And that's what we'd like.

Kennec    It was an awful lot of confusion that went down, but

          by the time I got to that office, and during the

          interim, whatever happened in that office, there was

          a awful lot of, like I said, a lot of confusion.

Lacku     When you first got there, basically it was the three

          of you.  So where was one suspect, the other suspect,

          and yourself?

Conno   :  You're staying in the doorway, right?

Kenne   :  I was trying to get one, both of them to sit down.  Like

          I said, I believe there was a couple of, there was more

          than one chair.

Conno  :  Okay.

Kenne  :  And I would get them sat down and then they'd get up

          and start coming up and like a drunk will do, get

          right in your face.  And again I said that we're trained

Officer John Kennedy
page 30

Kennedy:      to keep a certain amount of space between yourself

              and other persons.

Connolly:     During this time they were yelling at you, right?

Kennedy:      Yeah.   That's ~~in on the~~ AN UNDER- statement.

Connolly:     Okay.

Costanzo:     Just asking, you say you, Joyce.

Kennedy:      Jackson said, Jackson said to me on several occasions,

              "you're a fucking punk.  You're lucky you ever got those

              handcuffs on me".

Lackups:      Did you by any chance have any occasion to come into

              contact with either of these two before this incident?

              You don't know them to be Jackson and Joyce from another

              time?

Kennedy:      I never saw them before.  No, other than the fact that

              I wrote up the report and I arrested them in this

              arrest occasion.  Other than that I wouldn't have.

Costanzo:     Just to get is straight, John, Mr. Jackson went over

              the desk.

Kennedy:      Yep.

Costanzo:     Mr. Joyce came at you.

Kennedy:      He moved this way, there was several people.

Costanzo:     Do you know which wall he might have gone up against

              when you, the back wall, the side wall here by this door?

Kennedy:      No, it was over this way.

Costanzo:     Okay, that area there.  Are you aware there's a jog in

              that wall over there?

Officer John Kennedy
page 31

Kennedy:    May very well be, that I don't know.

Costanzo:   Okay.

Kennedy:    I don't keep a perfect memory of what happened.

Lackups:    Okay, for the tape, the direction that we're pointing is the width of the room which is approximagely eight feet.

Costanzo:   It's not a very good fair representation, but it's the best I can do.

Lackups:    Is there anything that you would like to add to that incident, John?

Kennedy:    No.  I, you know, I don't see how that anybody can figure these guys got abused in any way.

Lackups:    Okay, if necessary would you make yourself available for a further interview regarding this matter?

Kennedy:    Absolutely.

Lackups:    The interview of Police Officer John Kennedy is being completed at 1448 hours.

Kennedy:    Wait a minute.  You know what, I made mention to two sergeants of the handcuffing.

Connolly:   Incident.

Kennedy:    Outside the radio car.  Either the cuffs being readjusted or and/or whatever, I don't know.  It was Carlson and ~~Bowens~~ *HALPIN* and also.

Connolly:   Which would have been ~~Robinson~~ *(THE HALPINS)*

Kennedy:    Okay, I mix the two of them up all the time.

Connolly:   Okay.

Officer John Kennedy
page 32

Kennedy:      I don't know, for what it's worth.

Connolly:     And that's all.

Kennedy:      I mentioned it to them and I said to him, I said,

              "I don't know what he was doing but he was messing

              around with the handcuffs.  If I put the handcuffs on

              somebody they're my prisoner and I'm responsible for it".

Lackups:      That's it?

Connolly:     Anything else, John?

Kennedy:      No.

Lackups:      Okay.  The interview of Officer Kennedy is being

              concluded at 1450 hours.

3-22-90