**EXHIBIT "C"**

STATE OF CONNECTICUT)
COUNTY OF FAIRFIELD )    ss.    _____

## POLICE OFFICER AFFIDAVIT

I, _David Daniels_____, being duly sworn say:

1. I believe in the obligation of an oath;

2. I am ___34_____ years of age;

3. I was interviewed by a member of the Bridgeport Police

   Department, Office of Internal Affairs on the _16th_ day of

   _February_____, 19_90____ in regards to case # _0020_.

4. I have read and reviewed the typewritten transcript of the

   aforementioned interview which is _24_ page(s) in length and

   found the same to be a true and accurate account of said

   interview;

5. After reading and reviewing said transcript I did initial and

   date each page.


SIGNED: _David Daniels_____    DATE: _3/15/90_____


Subscribed and sworn to before me on this _12th_ day of _March__

19_90_.

_Carol A Svertesky_
Notary
My Commission Expires 3/31/93

Interview of Police Officer David Daniels

This is Internal Affairs case 0020, tpae number 649.  It's the
interview of Police Officer David Daniels being conducted on
Friday, February 16, 1990 at a start time of 1741 hours.  It's
being conducted in the Office of Internal Affairs by A/Sgt.
Nancy Lackups and present during the interview is Sgt. William
Connolly and Det. John Costanzo.

Lackups:    Officer Daniels, the purpose of this interview is to

            determine the facts and circumstances of an arrest or

            arrest that you witnesses on February 15, 1990.

            You are hereby advised that this interview is for

            administrative purposes only and as a public servant

            you are obligated to answer questions relative to your

            employment.  Any and all statements made by you during

            the course of this interview cannot be utilized in any

            criminal proceedings which may be currently pending or

            may be initiated against you regarding this investigation.

            Would you please tell me in your own words the facts and

            circumstances regarding the incident.

Connolly:   Just to get a little histrionic on the tape.  Apparently

            Capt. Giblin called you in today to discuss something

            that happened up or something that upset you yesterday.

            Is that correct?

Daniels:    That is correct.

Connolly:   Okay.  Could you relate to us what that conversation

            was and what upset you?

Daniels:    I don't understand your question.  What do you mean?

Connolly:   What you had the conversation with Capt. Giblin about.

Lackups:    Or what was it, go to the beginning, what happened first

            to make you upset and to speak to the Captain.

0P
2/12/90

Officer David Daniels
page 2

Daniels:     Well I didn't request to speak to the Captain, the
             Captain called me downstairs, front desk and he advised
             me that someone advised him that I was upset about an
             arrest I witnessed at the train station on the fifteenth.
             And then I told him what I saw.

Connolly:    Would you tell us what that was.

Daniels:     Well they had made me the downtown walking detail
             yesterday because my car died and they didn't have
             another car. So they had me walking post eight which
             is downtown. While I was down there a call came over
             the radio that a officer needed assistance. And somebody
             called a 10-32 over the train station. So I ran
             over there and as I got there other cars were arriving.
             And I went into the premise, which is the train station.
             And when I got there I seen a few people standing around
             in the hallway, security guard or whatever. And Officer
             Kennedy, I don't remember his first name, standing in a
             doorway, you know, partially in and partially out.
             So I looked into the doorway to see two suspects,
             handcuffed, I didn't know what, you know, the
             circumstances were, you know, why they were cuffed or
             whatever.

Connolly:    How would you describe them, were they males, black,
             white?

Daniels:     They were two black males, one tall and one short.
             The shorter one was dark skinned and had a mustach.

Officer David Daniels
page 3

Daniels:    The taller one was light skinned, no mustach.  They
            were both handcuffed behind their backs.  And when I
            stuck my head in the door one of them recognized me
            and started telling me that they had been handcuffed
            and they were being arrested because somebody said they
            snatched a pocketbook or whatever and that they, they
            said that they were Norwalk bound.  You know they were
            catching a train to Norwalk.  And one of them me he
            had like three hundred dollars in his pocket, there
            was no need for him to snatch anybody's pocketbook.
            At that point, you know, there were more officers
            arriving on the scene all the time.  I don't know
            what turned things but, the conversation got directed
            back towards Officers Kennedy and Procaccini, I believe
            his name is, he's usually downtown handing out parking
            tags.  One of the, one of the guys that was handcuffed
            called him a punk.

Connolly:   Called who a punk?

Daniels:    Called either Procaccini or Kennedy a punk, I can't
            remember which one.  I think he called Kennedy a punk.
            And Procaccini just like threw the guy across the room.
            And he landed on the, he smashed all up against the desk
            and he landed up against the wall on the other side of
            the room.  So at that point, you know, I started thinking
            what can I do to help these guys.  Cause, you know, I,
            I got to work with these guys and what I'm seeing here
            ain't right.  So I pushed the door open so, you know,

Officer David Daniels
page 4

Daniels:  I knew that there were more citizens there, and I
figured if these people could realize that there were
people looking in, they would stop.  So the other guy
landed across the room and he stayed there.  And the
other suspect, the shorter dark skinned male started
talking too.  And I don't remember which officer punched
him in the face, but he punched him in the face twice.
And then Officer Procaccini went to pick the taller
suspect up, the one that got thrown across the room.
At that point I just grabbed him and said that I got
him.  And I took him out, took him outside.  And he
was screaming and hollering on the way out.  And I
just kept telling him, I got you, I got you, you know,
trying to make him understand that he wasn't going to
get hit any more anyway.  When I got him outside to one
of the patrol cars he was telling me that the handcuffs
were really, really tight.  So he's screaming and
hollering, I loosened up the handcuffs.  And then he
started saying that they were going to beat the other
kid up.  I said I don't think they're going to beat him,
you know, we're outside now, you know, just, you know,
let's get you to booking and we'll sort everything out.
You know, I said, you know, "I can't take the handcuffs
off of you", but I did loosen them and then we went to
booking.  When we got to booking, the booking officer
took the handcuffs off of him and both of his, both of
hands were cut.  And, you know, at that point I just

Officer David Daniels
page 5

Daniels:      you know, I just thought the whole thing was, was kind
              of fucked up.  You know, I wasn't, you know, just for
              the record I wouldn't have said anything because, like
              I said, I still got to work with these guys.  But, you
              know, it's kind of tough because, you know, everybody
              says how, you know, how the cops, you know, just, just
              do shit to people and then they get away with it.  And
              one of the reasons I, you know, I became a cop was
              because, you know, I grew up at P.T.  I witnesses some
              of that shit.  And, you know, my thing was to stop it
              or at least not let it happen while I was around.  Like
              you know, you're put in a funny, you're put in a funny
              position when you're actually confronted.  Because how
              do you stop it, you have to think about it like that.
              I could live with what I did, but, you know, I still
              think maybe I should have did more.  I could have did
              more but it was, it was definitely wrong.  But like I
              said I wasn't going to say anything because I still got
              to work with these guys.  You know, this is not a job
              where, where, like when I worked at the telephone company
              for eleven years, if somebody didn't like you the best
              they could do is screw up one of your orders.  And, you
              know, on this job if somebody doesn't like you, doesn't
              back you up you could get hurt or you could get killed.

Lackups:      David, do you know the identity of the two suspects?

Daniels:      I don't know their names.

Officer David Daniels
page 6

Lackups:   You said one recognized you?

Daniels:   Well everybody recognizes you, born and raised here,
           I'm a basketball player, MC, DJ, I know everybody.

Lackups:   Um-hum.

Daniels:   And everybody knows me so.

Lackups:   About what time of day did this occur?

Daniels:   This was at night.  I don't know what time, it was
           already dark.  My guess would be that it was about
           eight-twenty.

Lackups:   About eight-twenty, okay, and where in the train station
           were you, on the ground floor?

Daniels:   No, we were on the top on, over near where they, where
           they collect the tickets.  I'm not sure if there was
           an office there or whatever.

Lackups:   Upstairs where the waiting room is and the vending
           machines?

Daniels:   Yeah, cause we just walked right in and went straight
           to the office.

Lackups:   Okay.  Now you say that Officer Kennedy was one of the
           officers responding at that time?

Daniels:   He was at the doorway when I walked in.

Lackups:   And do you know Officer Kennedy?

Daniels:   I don't know him personally, but.

Connolly:  Does he work on your shift, Dave?

Daniels:   I believe he does.

Connolly:  Okay.

Officer David Daniels
page 7

Lackups:    All right, and do you think, you said that, mentioned
            another officer, Procaccini.  Are you acquainted with
            him by sight, or you would know who he is?

Daniels:    I know that he works downtown.

Lackups:    Okay, were there any other officers present?

Daniels:    There were a lot of officers present.  Right now I can
            only remember faces not names, cause I don't know a
            lot of people on this job.

Lackups:    All right, did most of the officers present also go to
            booking?  That you recall?

Daniels:    No.  Because, I don't know who took the other guy.
            I took the taller suspect downstairs and we put him
            in Officer David Santos' car and he was transported to
            booking.

Lackups:    All right, so was Officer Santos one of the ones that
            was present also?

Daniels:    I'm not sure if he was there to witness actually, you
            know, what actually happened.

Lackups:    Okay.

Daniels:    But he came on scene, and when I got the kid downstairs
            it was his car that I went to.  I didn't even know it
            was his car, I just knew that it was a car that took him.

Lackups:    Okay now when you went to booking you were also going
            in the David Santos radio car?

Daniels:    Yeah I went with Officer Santos.

Lackups:    And you accompanied him and the, you said the taller
            light skinned  suspect?

Officer David Daniels
page 8

Daniels:    Right.

Lackups:    All right, did you say earlier that the darker skinned
            shorter fellow was the one who was punched?

Daniels:    They took him in another car.  Yeah he got punched in
            the face twice.

Lackups:    But the tall light skinned one was the one that was
            thrown across the room?

Daniels:    Yeah.

Lackups:    All right, now where, where was he thrown?  In relation
            to the bus station and the ticket window.

Daniels:    We were inside the office.  I'm not sure which office.

Lackups:    By this where the security would have let you in, of
            the train station office?

Daniels:    Yeah, yeah and like I was standing in the doorway and
            two other officers were inside.  The two suspects were
            about right here.  And a desk right there, and he just
            threw him right across.

Connolly:   Now, did he grab him and throw him?

Daniels:    Yeah.

Connolly:   Okay, he actually, physically grabbed him and threw him,
            okay.  Okay, what I'd like, what I'm going to ask you to
            do is see if you can pick out which Kennedy you mean.

Daniels:    This one.

Connolly:   Okay, let the tape show for recording that Officer
            Daniels picked John Kennedy's picture.  He's the officer
            that was...

Officer David Daniels
page 9

Daniels:    That was on the scene when I arrived.

Connolly:   ...working at the railroad station, to the best of
            your knowledge.

Daniels:    I don't know where he was working I just know he was
            there when I walked in the office.

Connolly:   Okay, okay, so he was one of the officers that was in
            the office?

Daniels:    Right.

Connolly:   Okay.

Lackups:    Can you tell us which officer is the one who threw the
            lighter skinned male?

Daniels:    Procaccini.

Lackups:    Okay.  And which is the one, do you know the identity
            of the one who allegedly punched the other fellow?

Daniels:    Well you can call it alleged if you want.  The guy
            definitely got hit twice.  I don't, I don't remember
            who actually punched him.

Lackups:    But I mean you saw that?

Daniels:    I saw the punching, yes.

Lackups:    Okay.  So, but you, would you recognize that officer
            if you looked at pictures like these?

Daniels:    No, because they were the only two in the office and
            like I said, more people were coming in at the time.
            And it all happened so fast.

Lackups:    Um-hum.

Daniels:    But he definitely got punched in the face twice.  And when

Officer David Daniels
page 10

Daniels:   he got to booking he had a nice little lump on his

           cheek, where he got hit.

Connolly:  David, I want you to take a look at a picture here,

           is that the other officer you're talking about?

Daniels:   Yes.

Connolly:  Okay, let the tape record that the officer is

           identifying Officer Procaccini.

Lackups:   Okay, David, to the best of your knowledge were there

           any other witnesses present?

Daniels:   Like I said, there was security guards there, there

           were people in the terminal, you know, itself that

           were standing outside the door when we got there.

           And I don't think anybody called the 32 off because

           people just kept arriving.

Connolly:  Do you think the security, were the security guards in

           a position to, or able to see what was goin on?

Daniels:   It's hard for me to tell, I had my back to them.

Connolly:  Now you said the suspect that got punched was talking

           to the officers.

Daniels:   They both were talking to them.

Connolly:  When you say talking, what do you mean by talking.

           Do you remember?

Daniels:   Well talking is a mild word, they were saying, fuck you,

           you know, and punk.

Connolly:  There was, was there a way for these suspects to be a

           physical threat to the officers?

Officer David Daniels
page 11

Daniels:    Not handcuffed behind the back, no.  I don't think so.

Lackups:    Okay, David, what we'd like to do is take a look at

the booking tape.  We're going to stop this tape in

a few minutes and show you the video of the booking

tape.  And maybe it will recall from, we'll put it

to the time about that you said this occurred and maybe

you can see who came in and, you know, if you could

maybe identify the other officers.

Connolly:   Identify the two parties for us too.

Lackups:    The suspects and any of the other officers that may

have been there, by their face.  You said you don't

know their names, but you might recognize them.

Okay, shall we do that now.

Connolly:   Yeah.

Lackups:    All right, the tape is being stopped for the purpose of

reviewing the booking video tape at 1750...

Connolly:   Is that okay with you, Dave, that we're going to shut

off the tape?

Daniels:    That's okay.

Lackups:    Okay, to everyone's agreement, at 1755 hours.

Lackups:    Okay the tape is being restarted at 1801 hours.

Tape 649 for case 0020.  The interview of Officer

David Daniels.  For the tape's record there were no

arrests in between the hours of 1935 hours on February 15,

and 0032 hours on February 16th.

Officer David Daniels
page 12

Connolly:   What we want to clarify on the tape is that we asked

Officer Daniels, with A/Det. Lackups and Sgt. Connolly

to view tape number 26A for the hours from 2/15/90

1116 hours to 2/16/90 1136 hours.  Booking personnel

failed to record the arrests coming in between 7:30 p.m.

and what was it twelve midnight?

Lackups:   Twelve-thirty, yes.

Connolly:   Okay, twelve-thirty.  So there is nothing on the tape.

That tape will be secured for evidence.

Lackups:   Okay, Officer Daniels, going back to the bus station

and the.

Daniels:   The train station.

Lackups:   I'm sorry, the train station.  The, the suspect who was

handcuffed and shoved, did he, was he shoved by the

officer into something?

Daniels:   He was shoved right across the desk.  He went right

across the desk onto the floor, up against the wall.

Lackups:   Okay so for instance if I'm where I am and he, he would

be, had been shoved this way going over a desk, off the

other side this way?

Daniels:   Sideways, right across.  No, that's the long way, he

went right across the desk.

Lackups:   That way?

Daniels:   Right.

Lackups:   And he went up onto the top of the desk and fell off.

Daniels:   He went up over the desk into the wall on the other

side.

Officer David Daniels
page 13

Lackups:   And did you see any part of his body hit the wall?

           Did you see any injury as a result?

Daniels:   No he, when I took him out of there his head was clear.

           He was upset but he was, his head was clear.

Lackups:   All right, did he say that he had hurt his hand or

           hurt his leg or hurt his head?

Daniels:   No he was complaining about the tightness of the

           handcuffs.

Lackups:   Okay, you also.

Connolly:  And what officer was that that, using your terms, threw

           him across?

Daniels:   Officer Procaccini.

Connolly:  Okay.

Lackups:   All right, now this is the same, the taller light skinned

           male suspect?

Daniels:   Right.

Lackups:   All right, and you said that you did loosen his handcuffs

           for him?

Daniels:   I did.

Lackups:   And that it appeared to you that his both wrists were

           cut?

Daniels:   Both wrists were cut.

Lackups:   And to the best of your knowledge do you believe that

           the cuts on his wrists were sustained as a result of

           the handscuffs that he was, had been placed on him?

Daniels:   Yes.

Officer David Daniels
page 14

Lackups:   The second suspect, he was allegedly, well he was in
           that office also?  At that time?

Daniels:   They were standing side by side.

Lackups:   Okay so.

Daniels:   The whole time.

Lackups:   What, he would have been a witness then to this other
           gentleman being thrown across the desk?

Daniels:   Right.

Lackups:   Okay.  And was this second suspect, that would be the
           shorter dark skinned male, was he punched during the
           time he was in that office?

Daniels:   Yes in the face twice.

Lackups:   Okay, would the suspect who was thrown across the desk,
           would he have been able to see that, be a witness to
           that?

Daniels:   No.

Lackups:   Why not?

Daniels:   Because he, he couldn't move, he went across the desk,
           he landed, he had to land face first, he couldn't move,
           they had to pick him up.

Lackups:   So they were happening simultaneously then?

Daniels:   No, no, first one got pushed across the desk and he
           landed there and he didn't move.  And then the other
           one said something and he got punched in the face.

Lackups:   Okay, now when you say say something, were the, what
           was the situation with the officers and the parties,

Officer David Daniels
page 15

Lackups:   were they, to give you an example were they in a
           shouting match with each other.  Was there an
           incident going on?

Daniels:   There was, they were calling each other punks.

Connolly:  Were the officers.

Daniels:   Well the suspects called the officers punks.

Connolly:  Right.

Daniels:   And the officer says, "I'll show you who's a punk.
           You don't call police officers punks".

Connolly:  Okay.

Lackups:   So would you say that the incident was a sort of a
           disorderly conduct incident at that time?

Daniels:   Well I mean it's kind of hard to say.  How disorderly
           could you be if you already got handcuffs on?  I mean
           if you already got handcuffs on.

Connolly:  As far as you were concerned they were already under
           arrest?

Lackups:   They were already in custody?

Daniels:   Well they were, I don't know whether they were under
           arrest or they were being detained.

Connolly:  Okay, they were handcuffed.

Daniels:   They were definitely handcuffed and they were definitely...

Connolly:  And they were not free to walk out of there?

Daniels:   ...they weren't free to walk out.

Connolly:  Okay.

Lackups:   Okay.

Officer David Daniels
page 16

Connolly:   Let me ask you this, Dave.  Did, this, the party that

got punched in the face, did his conduct become more

agitated after he saw the other guy get thrown?

Daniels:    No I couldn't really say he got, you know he stuck to

his guns basically.

Connolly:   Okay.  And you have no idea which officer threw the

punch?

Daniels:    I'm not really sure.  I just saw, you know, from what,

from the vantage point I had, you know, I could, I could

see both officers standing there, but I could see...

Connolly:   Were their backs to you like?

Daniels:    No, they were just standing, I'm standing here.

Connolly:   Right.

Daniels:    And Kennedy was standing here and Procaccini was standing

here and the two suspects were here.  You know, my mind

is telling me that Procaccini hit the guy.

Lackups:    All right, but you, what you are saying is that it was

one of those two?

Daniels:    It was one of the two.

Connolly:   There was nobody else in the room, right?

Daniels:    Well there were people in the room, they were coming

into the room at the time.  But they weren't.

Connolly:   None of those people could possibly.

Daniels:    None of those people threw a punch.

Connolly:   Okay.

Daniels:    None of those people.

Officer David Daniels
page 17

Connolly:    Now did any of the, did either one of these suspects
             ask you for medical assistance?

Daniels:     No.

Connolly:    Okay.

Lackups:     What was the appearance of the injury of the person
             who you say was punched in the face?

Daniels:     He had a lump on his face where he got hit.

Lackups:     Do you remember what cheek?

Daniels:     I believe it's his left cheek.

Lackups:     His left cheek, was he, was it a laceration, was he
             cut and bleeding?

Daniels:     No he was, it was a bump.

Lackups:     Just like a swelling?

Daniels:     He must have got hit like on his, right on the bone
             and it swelled up.

Lackups:     Um-hum.

Connolly:    Hematoma?

Daniels:     Yeah, it was like right in this area.

Lackups:     Okay, both of these parties were arrested.  Did you
             stay around in booking to assist with the arrest or
             anything?

Daniels:     No, because, like I said, initially I started out being
             a car.  And the car wouldn't start and they made me
             walk downtown.  And they told me to come back in at
             nine o'clock and then I was going to go into another
             car.  And all of this happened right around the time
             it was time for me to come back.  So after the, after

Officer David Daniels
page 18

Daniels:    they got them into booking and they got the handcuffs

off of them, I went downstairs and went back out in

Amber 23 with a partner.

Lackups:    Okay, but obviously the two were arrested so we would

be able to find out their identities.

Daniels:    I imagine that they were arrested, I really couldn't say.

Lackups:    Okay, now in the event that there are mug shots of the

two suspects that were taken as a result of their arrest

you would be able to identify them?

Daniels:    Could I identify them, yes I could.

Lackups:    Okay.  Sergeant?

Connolly:   Dave, anybody, have you discussed this with anyone else?

Daniels:    No.  I didn't even know how Capt. Giblin found out that

I was upset about it.  I didn't say anything.  I came

in and I punched the locker and I kicked the locker and

I went out.

Lackups:    Was there any other incident that may have, you know,

caused someone to mention to the Captain, were there

any remarks or anything made last night?

Daniels:    I didn't say anything to anybody.

Connolly:   But you just, you were more or less frustrated and,

you know.

Daniels:    I wasn't frustrated, I just.

Connolly:   You vented a little.

Daniels:    I just felt like it wasn't right.

Connolly:   Okay.

Daniels:    That's the only thing that I could really do.

Officer David Daniels
page 19

Connolly:    David, have you ever had any dealings with either one
             of these officers in the past?  Any arguments?

Daniels:     No.  I don't even know them that well.  I just know
             Procaccini from, from, you know, he's on the ticket
             detail.  He's always downtown.

Connolly:    You've never worked with them?

Daniels:     No.

Connolly:    Or you ever had any conversation?

Daniels:     No.

Connolly:    Okay, so it's just you really only know them by sight
             so to speak?

Daniels:     Yeah.

Connolly:    Okay, and officer Kennedy?

Daniels:     Well him, I know he works, I'd want to think he works
             the shift that I do.  I see him at his locker the same
             time I.

Connolly:    But you've never had the opportunity to work with him?

Daniels:     No I've never work with him.

Connolly:    So again really it's just by sight, because you may work
             the same shift together?

Daniels:     Right.

Connolly:    Okay.  How long have you been on the job, Dave?

Daniels:     Well I graduated it would be two years in March.

Lackups:     Were there any, any other things that happened last
             night as a result or before or during this arrest?
             Were there any racial remarks by any of the parties
             involved?

Officer David Daniels
page 20

Daniels:    No I didn't hear any racial remarks, just, you know

            punk, faggot, that's it.

Lackups:    And none involving or among any of the officers about

            either the suspects or any of the other officers?

Daniels:    No from, the only people I saw engaged in the incident

            I didn't hear any racial remarks.

Lackups:    Okay, but nothing afterwards like when you got to

            booking or on the way there or anything like that?

Daniels:    Well one of the suspects said that they believe that

            it was racially motivated.

Lackups:    But as far as one officer insulting another or anything,

            there was nothing like that to your knowledge?

Daniels:    No, I was just told by one of the officers, when I was

            taking one of the suspects out that I should have kept

            the door closed.

Connolly:   Who said that to you?

Daniels:    I don't know this officer.

Connolly:   Would you recognize him if you saw a picture?

Daniels:    Yeah I would.

Connolly:   Okay.

Daniels:    But, I just said in my own mind, you know, I left the

            door open for a reason, you know, so that these guys

            didn't get killed in there.

Lackups:    Did you say anything to that officer after he told you

            that?

Daniels:    No.  No.

Officer David Daniels
page 21

Connolly:  Has anybody else said anything to you at all or even

discussed this incident or anything?

Daniels:   No, the only thing that I thought was peculiar was that,

I'm in flex squad and I should be in a car today, and

I'm in the front desk.

Connolly:  Okay.  So besides the conversation you had with the

captain a short time ago, you discussed it with no one

else?

Daniels:   I wouldn't have discussed it with him if he didn't call

me in.

Connolly:  Right, we realize that.

Lackups:   Did any of the other officers that may have been either

a witness to anything in booking or at the train station

say to you anything regarding last night?

Daniels:   I haven't seen any of the officers.

Lackups:   I mean not those two but any of the others that were there?

Connolly:  We really shouldn't...

Daniels:   I haven't seen any of the others.

Connolly:  ...the way I understand it though, there's a good

possibility that nobody else observed this.

Daniels:   Well, that's probably true, I don't know.  Like I said

there were a lot of police officers.

Connolly:  Except for maybe some civilians and the security guards.

Lackups:   All right, the security office is about this big as

I recall, is that...

Daniels:   Right.

Lackups:   ...correct?

Officer David Daniels
page 22

Daniels:    I had the door open.

Lackups:    Okay, but you had the door open and you were in the
            doorway?

Daniels:    I was more in than out.

Lackups:    Okay, and more in was first you and then there was the
            two officers and the two suspects and possibly a
            security guard or two.

Daniels:    Right, cause if you open this door this way I would be
            standing right here.

Lackups:    Okay.

Daniels:    And the two other officers will be where I'm sitting
            and the suspects would be like right here.

Lackups:    All right, so with  the possibility of the security
            guards there were no other people, no other police
            officers possibly inside the office?

Daniels:    Inside the office, no.  They were standing by it, by
            the door.

Lackups:    Okay.

Connolly:   Okay, what I think we would like to do is stop the
            tape again and I think we will ask Dave to take a
            look at some pictures for us.  Okay, and see if to
            the best of his ability he can, familiar with maybe
            some of the officers that were there.

Lackups:    Okay, the tape of, the tape of 649 of Officer David
            Daniels will be stopped once again at 1813 hours for
            the purpose of reviewing photographs.

Officer David Daniels
page 23

Connolly:   Dave, is it okay if we shut the tape off?

Daniels:    That's all right.

Connolly:   Okay.

Lackups:    Okay, it's 1813 hours.

Lackups:    Okay, the tape of David Daniels, 649 is being restarted

            at 1826 hours.

            Officer Daniels, for the record it was the only person

            that I think that identified by photo was that of

            Officer David Santos in which car his suspect was

            transported.

            Officer Daniels, at the train station were all of the

            officers to your knowledge, that responded, in uniform?

Daniels:    To my knowledge, yes.

Lackups:    Okay, so you didn't notice any D.B. cars or any

            detectives there?

Daniels:    Well I think one of the sergeants was driving a D.B.

            car or it looks like one anyway.

Lackups:    Okay, so to the best of your knowledge you believe that

            there was a sergeant present?

Daniels:    There was a sergeant present.

Lackups:    Okay, and do you remember which sergeant this may have

            been?

Daniels:    No, because like I said I looked at them briefly.

            It was either one of the Halpins or McCarthy.

Lackups:    Okay.  Do you remember the designation of the car that

            took the other suspect to booking?

Officer David Daniels
page 24

Daniels:    No, because when I came out I came out on the side where

            the bus station is.  And the other cars that were

            responding were in the front of the, I guess that's

            Water Street, they were on the Water Street side.

Lackups:    Okay, and did you happen to?

Daniels:    So I glanced over there but I couldn't even see which

            car took the other suspect.

Lackups:    Did you hear on the radio anybody on route to booking

            from there?  Did you happen to hear what car called

            that in?

Daniels:    No.

Lackups:    Okay.

Connolly:   What we're going to do Dave, is I got them bringing

            up a roster from last night, so we'll know who was

            working.  And I'm going to ask you to view some

            additional pictures once we get that roster up here.

Lackups:    Okay.

Connolly:   Okay.

Lackups:    Dave, is there anything else that you'd like to add to

            this interview at this time?

Daniels:    Nothing I could think of.

Lackups:    If necessary would you be available for a further

            interview of this matter?

Daniels:    I don't see how I couldn't be.

Lackups:    All right, the interview of Police Officer David Daniels

            is being concluded at 1830 hours.

**EXHIBIT "D"**

INCIDENT REPORT    POLICE DEPT. BRIDGEPORT, CONN.

| FILE# 267 | CASE | ARREST 2038-2039 | CASUALTY | ACCIDENT | EVIDENCE |
|---|---|---|---|---|---|

| DATE OF REPORT 02 15 190 | CODE 2202-0409 | INCIDENT DESCRIPTION Disorderly Conduct /Assault 3rd Degree |
|---|---|---|

| TIME: RCD. | DISPAT. | O.S. 2015 | TIME OF OCCURRENCE DATE 02 15 190 TIME 2025 A.M. P.M. |
|---|---|---|---|

LOCATION OF INCIDENT: BPT. TRANSPORTATION CTR. WATER ST. BPT.    LOCATION CODE (Office Only)

| [→ COMP] [✓ VICT] | LAST/FIRST REPORTING PRM. & LISTED WITNESS #2 | ADDRESS | CITY | STATE | PHONE |
|---|---|---|---|---|---|

| D.O.B. | SEX | RACE | OCCUPATION | EDUCATION ( ) NO H.S. ( ) H.S. | BUSINESS ADDRESS OR PHONE |
|---|---|---|---|---|---|

| WITNESS #1 | LAST/FIRST REEVES, James E. | ADDRESS Command Security BPT Transportation Ctr. | CITY | STATE 01-10-59 | AGE | PHONE 864-1126 |
|---|---|---|---|---|---|---|

| SUPPOR WITNESS #2 | LAST/FIRST GOODMAN, David | C.B.T. Bank Security/H: 100 Norman St. BPT | 07-07-07 | 374-5477 |
|---|---|---|---|---|

| ARRESTED SUBJECTS LAST/FIRST | ADDRESS | CITY | STATE | SEX | RACE | D | O | B |
|---|---|---|---|---|---|---|---|---|
| JACKSON, Issac Co. | 105 Taylor Dr. B-III A 207 | BPT. Conn. | M | B | 11 | 04 | 61 |
| JOYCE, David L. | 155 Colorado Ave. | BPT. Conn. | M | B | 08 | 01 | 63 |

**Details of Incident:**

RE: Disorderly Conduct: Reporting Officer was assigned to an outside overtime assignment @ BPT. Bus Terminal, & while on assigned duty, observed (2) black males run past the terminal, jump over a fence, & continue running onto Main St., all the while looking back over their shoulders as they ran. Seconds later, the Security Guard (Witness #1) working @ the adjacent train terminal, accompanied by the (over)

| OFFICER REPORTING — RANK — FULL NAME PRM. JOHN KENNEDY | BADGE 408 CMD/ 1284 | SECTOR/ POST OOT Bus Terminal | IN KEYY TIME 2300 | COPIES TO: 1. ☐ Det Bur 4. ☐ Dom Rel 7. ☐ P & O 2. ☐ Youth 5. ☐ Traffic 8. ☐ D.W. 3. ☒ Pros 6. ☐ S. Serv 9. ☐ Other | CHECKED BY — DATE SJRW |
|---|---|---|---|---|---|

Details of Incident—Who, What, When, Where, Why and How. Accuracy, Clarity and Brevity.    Form 1063    34

Security Guard (Witness #2) from nearby C.B.T. Bank came running from the area of the train station & asked Reporting Officer if (2) B/M's had run by. The guards were directed toward Main St. — path of travel — & stated that the (2) subjects were possibly responsible for a purse snatching @ the train station. Reporting Officer then checked Main St & located the (2) guards & (2) subjects @ Main St & State St. The (2) subjects were being detained by the guards & were acting in a loud boisterous manner, yelling → TO PG 2

| TYPE OF PREMISES OR LOCALE | | | |
|---|---|---|---|
| **PRIVATE DWELLING:** | **COMMERCIAL PREMISES:** | **PRIVATE VEHICLE:** | **MISC.:** |
| 11. ☐ House | 41. ☐ Dept. Store | 71. ☐ Automobile | 90. ☐ Sidewalk |
| 12. ☐ Apartment | 42. ☐ Small Store | 72. ☐ Motorcycle | 91. ☐ Street |
| 13. ☐ Trailer | 43. ☐ Business | 73. ☐ Bus | 92. ☐ Water |
| **COMMERCIAL DWELLING:** | 44. ☐ Bank | 74. ☐ Truck | 99. ☐ Other .......... |
| 21. ☐ Hotel/Motel | 45. ☐ Gas Station | 75. ☐ Boat | **VICTIM/OFFENDER RELATIONSHIP:** |
| 22. ☐ Hospital/Convalescent Home | 46. ☐ Car Lot/Parking Lot | **COMMERCIAL VEHICLE:** | 1. ☐ Relative |
| 23. ☐ Dormitory/Rooming House | **ENTERTAINMENT AREA:** | 81. ☐ Automobile | 2. ☐ Friend |
| **FOOD-DRINK PREMISES:** | 51. ☐ Park/Recreation | 82. ☐ Motorcycle | 3. ☐ Acquaint. |
| 31. ☐ Restaurant | 52. ☐ Sports Arena | 83. ☐ Taxicab | 4. ☐ Had Seen |
| 32. ☐ Drive-In/Take-Out | 53. ☐ Theater | 84. ☐ Bus | 5. ☐ No Relation |
| 33. ☐ Bar | **PUBLIC BUILDINGS:** | 85. ☐ Truck | 6. ☐ Unknown |
| 34. ☐ Liquor Store | 61. ☐ School/Library | 86. ☐ Boat | |
| 35. ☐ Market | 62. ☐ Government Building | 87. ☐ Train or Airplane | |
| | 63. ☐ Church | | |

| HOW WAS THE OFFENSE COMMITTED? | | | |
|---|---|---|---|
| ☐ 1. Handgun | ☐ 4. Personal Weapon | ☐ 7. Forcible Entry | ☐ 10. Other |
| ☐ 2. Rifle/Shotgun | ☐ 5. Bludgeon/Club | ☐ 8. Other Illegal Entry | |
| ☐ 3. Cutting/Stabbing | ☐ 6. Chemical | ☐ 9. No Force | ☐ 11. Unknown |

I-13

SUPPLEMENTAL INCIDENT REPORT          BRIDGEPORT POLICE DEPARTMENT
900215-
FILE # 267          DESCRIPTION 2202-0409-0410          PAGE 2 OF 4 PAGES

(Cont'd from Pg. 1) OBSCENITIES @ THE GUARDS & OFFICER. THE SUBJECTS
DENIED ANY INVOLVEMENT IN THE PURSE SNATCH & WERE RETURNED TO
THE TRAIN STATION ACCOMPANIED BY THE (2) GUARDS, THEN JOINED
BY REPORTING OFFICER. BOTH SUBJECTS SMELLED HEAVILY OF ALCHOHOL &
WERE APPARENTLY INTOXICATED. AS REPORTING PTRL. WAS ESCORTING
SUBJECT JOYCE UP THE STAIRS INTO THE TRAIN STATION, JOYCE CONTINUALLY
YELLED PROFANITIES @ REPORTING OFFICER & KEPT SCREAMING & FLAILING HIS
ARMS IN A MENACING MANNER. JOYCE WAS WARNED SEVERAL TIMES
TO CEASE THE DISORDERLY ACTIVITY & CONTINUED SAME WITHOUT STOPPING.
JOYCE WAS PLACED UNDER ARREST & HANDCUFFED ON THE STAIRWAY & WAS
LED INTO THE TRAIN STATION WHERE SUBJECT JACKSON WAS ARGUING WITH
THE SECURITY GUARDS & CAUSING A DISTURBANCE. UPON SEEING (OVER)

OFFICER REPORTING–RANK/NAME  PTRL. JOHN KENNEDY #408  CAP/284   CHECKED BY/DATE
                                                                  SLMN

COPIES TO: ( )DB  ( )YB  (X)PROS  ( )DOM REL  ( )TFC  ( )SS  ( )P&O  ( )DW  ( )OTHER

(CONT'D
from front) HIS FRIEND IN HANDCUFFS, JACKSON BECAME MORE OF A PROBLEM
CONTINUALLY SCREAMING PROFANITIES & YELLING @ GUARDS & OFFICER.
JOYCE WAS LED INTO A SMALL SECURITY OFFICE OFF THE MAIN AISLE OF
THE TRAIN STATION WHERE HE COULD BE CONTAINED, & JACKSON WAS THEN
PLACED UNDER ARREST ALSO AFTER REPEATED WARNINGS TO CEASE HIS ACTIONS
(YELLING & THREATENING BOISTEROUS ACTION) & ALSO LED INTO THE SECURITY OFFICE
— THE VICTIM OF THE THEFT REPORTED ORIGINALLY COULD NOT POSITIVELY I.D.
THE SUBJECTS AS RESPONSIBLE, & LEFT IN CONFUSION BEFORE ANY FURTHER INFO
COULD BE OBTAINED. BOTH SUBJECTS BECAME VERY THREATENING IN THE
OFFICE, REFUSED TO STAY STATIONARY & REPORTING OFFICER FELT THAT AN
ESCAPE ATTEMPT WAS IMMINENT — & ORDERED THE SECURITY GUARD /WITNESS #2
TO CALL FOR POLICE HELP. AN "OFFICER NEEDS ASSIST" WAS BROADCAST, & SEV-
ERAL UNITS RESPONDED TO SCENE. AS OTHER OFFICERS ENTERED THE OFFICE
& ATTEMPTED TO REMOVE THE SUBJECTS, THEY BECAME COMBATIVE ONCE
MORE, JACKSON MOVING TOWARDS REPORTING OFFICER AS IF TO KICK →

SUPPLEMENTAL INCIDENT REPORT                    BRIDGEPORT POLICE DEPARTMENT
00215-
FILE 267           DESCRIPTION 2202-0409-0410          PAGE 3 OF 4 PAGES

(cont'd from #2) BUT WAS GRABBED BY PTLM. PROCACCINI. JACKSON THEN TRIED TO BREAK AWAY AGAIN BUT WAS PUSHED AGAINST DESK, WHICH HE FELL BACK ON & THEN ROLLED OFF ONTO FLOOR, ATTEMPTING TO KICK AT ANY-WE PRESENT. JOYCE ALSO HAD TO BE RESTRAINED & WAS HELD AGAINST WALL AREA UNTIL SITUATION WAS UNDER CONTROL IN THE SMALL OFFICE. BOTH SUBJECTS WERE TRANSPORTED TO BOOKING VIA POLICE VEH'S, & SUBSEQUENTLY CHARGED AS FOLLOWS JACKSON: DISORDERLY CONDUCT (53A182) ASSAULT 3RD DEGREE (53A61) & ALSO THREATENING (53A62) JACKSON'S ASSAULT CHARGE ORIGINATED FROM COMPLAINT BY GUARD GOODMAN (WIT#2) THAT HE WAS STRUCK IN HEAD BY JACKSON. THREATENING CHARGE LODGED @ BOOKING BY P.O. D. SANTOS / READ FOLLOWING PAGE FOR DETAILS JOYCE WAS CHARGED WITH DISORDERLY CONDUCT.

OFFICER REPORTING-RANK/NAME  PTLM. JOHN KENNEDY #408  C4D/284    CHECKED BY/DATE

COPIES TO: ( )DB ( )YB (X)PROS ( )DOM REL ( )TFC ( )SS ( )P&O ( )DW ( )OTHER

---

SUPPLEMENTAL INCIDENT REPORT                    BRIDGEPORT POLICE DEPARTMENT
00215-
FILE 267      DESCRIPTION  0410 THREATENING      PAGE 4 OF 4 PAGES

While attempting to leave Booking, on an unrelated arrest, Off. Santos was stopped by an arrested subject, Mr. Issac Jackson. Mr. Jackson discussed with Off. Santos how he remembered when Off. Santos arrested him back in 1986. He became verbally abusive and stated to Off. Santos, among other things "I have dreams about you!" Off. Santos replied "Well God Bless you then!" To which Mr. Jackson replied, among other things, "No!" "God Bless you when I run into you!" Off. Santos advised Mr. Jackson I would add a Threatening charge. Mr. Jackson became more verbally abusive, continuing verbal profanities and threats, directed at off. Santos.

OFFICER REPORTING-RANK/NAME   Ptlm. D.J.Santos     CHECKED BY/DATE

COPIES TO: ( )DB ( )YB (X)PROS ( )DOM REL ( )TFC ( )SS ( )P&O ( )DW ( )OTHER

T-13