UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID L. JOYCE #92272 | : | CASE NO: 3:03-CV-655 (PCD) |
| Petitioner | : | |
| -against- | : | |
| THERESA C. LANTZ, COMMISSIONER OF COREECTION, AND HECTOR RODRIGUEZ, WARDEN CHESHIRE CORRECTIONAL INSTITUTION | : | JANUARY 13, 2005 |

### APPEARANCE

Please enter the appearance of Richard L. Grant, 36 Tamarack Avenue, PMB #213, Danbury, Connecticut on behalf of the petitioner, David L. Joyce, in addition to and in lieu of all appearances previously on file.

THE PETITIONER,
DAVID L. JOYCE

BY: /s/ Richard Grant
Richard L. Grant, Esq.
36 Tamarack Ave. PMB #213
Danbury, CT 06811
Tel. (203)778-8075
Fax (203)778-8075
Federal Court #: CT20708

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via regular first class mail on today's date (01/13/05) to all counsel and pro se parties of record, as follows:

JoAnne Sulik
Appellate Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT 06067
Tel. 860-258-5800
Attorney for the Respondents

David L. Joyce #92272
Northern C.I.
1E-111
P.O. Box 665
Somers, CT 06067

_____
Richard L. Grant