**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DAVID L. JOYCE
Petitioner

    V.                                                                                           Civil No. 3:03 cv 655 (PCD)

THERESA C. LANTZ, COMMISSIONER OF
CONNECTICUT DEPARTMENT OF
CORRECTIONS, AND HECTOR RODRIGUEZ,
WARDEN CHESHIRE CORRECTIONAL INSTITUTION
Respondents.

**JUDGMENT**

    This cause came on for consideration before the Honorable Peter C. Dorsey, Senior, United States District Judge, on the petitioner's second amended petition for a writ of habeas corpus.

    The Court has reviewed all of the papers filed and on May 16, 2006, issued a Ruling denying the second amended petition for a writ of habeas corpus.

    Therefore, it is hereby ORDERED and ADJUDGED that the writ of habeas corpus is denied and the case is closed.

    Dated at New Haven, Connecticut, this 17th day of May, 2006.

                                                      KEVIN F. ROWE, CLERK
                                                      By
                                                      /s/

                                                      Patricia A. Villano
                                                      Deputy Clerk

EOD: _____