UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| DAVID JOYCE, | : | |
| Appellant, | : | |
| v. | : | |
| THERESA LANTZ, COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTION, AND HECTOR RODRIGUEZ, WARDEN CHESHIRE CORRECTIONAL INSTITUTION | : | Civil No: 3:03-CV-655 (PCD) |
| Appellees | : | |

## APPLICATION

On May 17, 2006, this court entered its order denying the application of DAVID JOYCE, the petitioner, for a writ of habeas corpus. So that petitioner may appeal to the United States Court of Appeals for the Second Circuit, petitioner respectfully requests the court to issue a certificate of appealability as required by 28 U.S.C. § 2253, and Rule 22(b) of the Federal Rules of Appellate Procedure.

Petitioner requests permission to appeal the following issues:

(1) Whether petitioner was denied his fundamental right under the Sixth and Fourteenth Amendments to the U.S. Constitution to present a defense by confronting the state's lead witness, Sergeant Glen Prentice of the Bridgeport Police Department, with evidence of bias arising from the conviction of a police officer in Prentice's unit for wrongfully beating petitioner in a previous incident, and if so, whether the violation of petitioner's constitutional rights was indeed harmless beyond a reasonable doubt; and

(2)     Whether petitioner was deprived of his fundamental right under the Sixth and Fourteenth Amendments to the U.S. Constitution to the effective assistance of counsel where his trial attorney failed to offer the investigation and findings of the Internal Affairs Division of the Bridgeport Police Department, which revealed that Prentice's immediate subordinate in the investigation, Det. John Kennedy, had himself been charged with attempting to cover up the previous incident in which the petitioner was wrongfully beaten by a police officer.

WHEREFORE, petitioner requests permission to appeal in accordance with 28 U.S.C. § 2253.

Dated: June 13, 2006

By: _____
Richard L. Grant, Esq.
36 Tamarack Ave. PMB #213
Danbury, CT 06811
Tel:    (203) 778-8075
Fax:    (203) 964-9509
Federal Court #:  CT20708

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing NOTICE OF APPEAL was served via regular first class mail on all counsel and pro se parties of record on today's date, as follows:

Jo Anne Sulik
Appellate Bureau
Chief State's Attorney's Office
300 Corporate Place
Rocky Hill, CT 06067
Te. (860) 258-5800
Attorney for the Respondent Theresa C. Lantz

Carolyn K. Longstreth
Appellate Bureau
Chief State's Attorney's Office
300 Corporate Place
Rocky Hill, CT 06067
Te. (860) 258-5800
Attorney for the Respondent Hector Rodriguez

David L. Joyce #92272
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Richard L. Grant