UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| DAVID JOYCE, | : | |
| Appellant, | : | |
| v. | : | |
| THERESA LANTZ, COMMISSIONER OF CONNECTICUT DEPARTMENT OF CORRECTION, AND HECTOR RODRIGUEZ, WARDEN CHESHIRE CORRECTIONAL INSTITUTION, | : | Civil No: 3:03-CV-655 (PCD) |
| Appellees | : | |

### NOTICE OF APPEAL

Notice is hereby given that DAVID JOYCE, petitioner above-named, appeals to the United States Court of Appeals for the Second Circuit from the order denying petitioner's application for a writ of habeas corpus entered in this proceeding on May 17, 2006.

Dated: June 13, 2006

By: _____
Richard L. Grant, Esq.
36 Tamarack Ave. PMB #213
Danbury, CT 06811
Tel:  (203) 778-8075
Fax:  (203) 964-9509
Federal Court #: CT20708

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing NOTICE OF APPEAL was served via regular first class mail on all counsel and pro se parties of record on today's date, as follows:

Jo Anne Sulik
Appellate Bureau
Chief State's Attorney's Office
300 Corporate Place
Rocky Hill, CT 06067
Te. (860) 258-5800
Attorney for the Respondent Theresa C. Lantz

Carolyn K. Longstreth
Appellate Bureau
Chief State's Attorney's Office
300 Corporate Place
Rocky Hill, CT 06067
Te. (860) 258-5800
Attorney for the Respondent Hector Rodriguez

David L. Joyce #92272
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Richard L. Grant

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

DAVID L. JOYCE
Petitioner

V.   Civil No. 3:03 cv 655 (PCD)

THERESA C. LANTZ, COMMISSIONER OF
CONNECTICUT DEPARTMENT OF
CORRECTIONS, AND HECTOR RODRIGUEZ,
WARDEN CHESHIRE CORRECTIONAL INSTITUTION
Respondents.

## JUDGMENT

This cause came on for consideration before the Honorable Peter C. Dorsey, Senior, United States District Judge, on the petitioner's second amended petition for a writ of habeas corpus.

The Court has reviewed all of the papers filed and on May 16, 2006, issued a Ruling denying the second amended petition for a writ of habeas corpus.

Therefore, it is hereby ORDERED and ADJUDGED that the writ of habeas corpus is denied and the case is closed.

Dated at New Haven, Connecticut, this 17th day of May, 2006.

KEVIN F. ROWE, CLERK
By
/s/

Patricia A. Villano
Deputy Clerk

EOD: _____