UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Docket No. 06-2812-pr                              :
(District Court No: 3:03-CV-655)

DAVID L. JOYCE,                                    :

       Petitioner-Appellant,                    :

  vs.                                              :

THERESA C. LANTZ,                                  :

       Respondent-Appellee                      :


# RECORD

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | Filed: 04/10/03<br>Entered: 04/15/03<br>Terminated: 05/08/03 | Motion for Leave to Proceed in forma pauperis |
| 2 | Filed: 04/10/03<br>Entered: 04/11/03 | Petition for Writ of Habeas Corpus |
| 3 | Filed: 04/10/03<br>Entered: 04/14/03 | Financial Affidavit |
| 4 | Filed & Entered: 05/08/03 | Order to Show Cause |
| 5 | Filed & Entered: 05/09/03<br>Terminated: 06/16/03 | Motion to Appoint Counsel |
| 6 | Filed: 05/27/03<br>Entered: 05/28/03 | Notice of Appearance |
| 7 | Filed & Entered: 06/02/03 | Notice (Other) |
| 8 | Filed & Entered: 06/17/03 | Notice of Appearance |
| 9 | Filed: 06/20/03<br>Entered: 06/23/03 | Notice of Appearance |
| 10 | Filed: 06/16/03<br>Entered: 06/26/03 | CJA 20 – Appointment |
| 11 | Filed: 07/03/03<br>Entered: 07/07/03<br>Terminated: 07/14/03 | Motion to Amend/Correct |

| 12 | Filed & Entered: 07/08/03 | Notice (Other) |
|---|---|---|
| 13 | Filed:      07/30/03<br>Entered:   07/31/03 | Petition for Writ of Habeas Corpus |
| 14 | Filed & Entered: 09/11/03<br>Terminated: 09/17/03 | Motion for Extension of Time |
| 15 | Filed:      09/24/03<br>Entered:   09/29/03 | Summons Return Executed |
| 16 | Filed:      10/01/03<br>Entered:   10/03/03<br>Terminated: 07/14/04 | Motion to Dismiss |
| 17 | Filed:      10/01/03<br>Entered:   10/03/03 | Memorandum in Support of Motion |
| 18 | Filed:      10/20/03<br>Entered:   10/22/03<br>Terminated: 11/03/03 | Motion to Amend/Correct |
| 19 | Filed:      10/20/03<br>Entered:   10/22/03 | Memorandum in Support of Motion |
| 20 | Filed:      10/20/03<br>Entered:   10/23/03 | Memorandum in Opposition to Motion |
| 21 | Filed:      11/03/03<br>Entered:   11/04/03 | Order on Motion to Amend/Correct |
| 22 | Filed:      11/03/03<br>Entered:   11/04/03 | Petition for Writ of Habeas Corpus |
| 23 | Filed:      01/09/04<br>Entered:   01/12/04<br>Terminated: 01/15/04 | Motion for Leave to File |
| 24 | Filed & Entered: 01/13/04 | Notice of Appearance |
| 25 | Filed:      01/15/04<br>Entered:   01/16/04 | Order on Motion for Leave to File |
| 26 | Filed:      04/06/04<br>Entered:   04/07/04<br>Terminated: 07/14/04 | Motion for Default Entry 55(a) |
| 27 | Filed:      04/19/04<br>Entered:   04/20/04 | Memorandum in Opposition to Motion |
| 28 | Filed:      07/14/04<br>Entered:   07/15/04 | Order on Motion to Dismiss |
| 29 | Filed:      09/08/04<br>Entered:   09/09/04<br>Terminated: 09/13/04 | Motion for Default Entry 55(a) |
| 30 | Filed:      09/08/04<br>Entered:   09/09/04<br>Terminated: 09/13/04 | Motion for Extension of Time |
| 31 | Filed & Entered: | Order on Motion for Extension of Time |

|    |                                                          |                                                                |
|----|----------------------------------------------------------|----------------------------------------------------------------|
|    | 09/13/04                                                 |                                                                |
| 32 | Filed & Entered: 09/13/04                                | Response to Habeas Petition                                    |
| 33 | Filed & Entered: 09/13/04                                | Response                                                       |
| 34 | Filed & Entered: 09/13/04                                | Order on Motion for Default Entry 55(a)                        |
| 35 | Filed:    09/09/04<br>Entered:   09/14/04<br>Terminated: 10/04/04 | Motion for Leave to Appear                              |
| 36 | Filed:    09/16/04<br>Entered:   09/21/04<br>Terminated: 10/04/04 | Motion for Leave to File                                |
| 37 | Filed:    10/04/04<br>Entered:   10/05/04                | Order on Motion to Appear                                      |
| 38 | Filed:    10/04/04<br>Entered:   10/05/04                | Order on Motion for Leave to File                              |
| 39 | Filed & Entered: 10/27/04<br>Terminated: 11/01/04        | Motion for Extension of Time                                   |
| 40 | Filed & Entered: 11/01/04                                | Order on Motion for Extension of Time                          |
| 41 | Filed & Entered: 11/15/04                                | Response                                                       |
| 42 | Filed & Entered: 11/18/04                                | Exhibit                                                        |
| 43 | Filed & Entered: 01/14/05                                | Notice of Appearance                                           |
| 44 | Filed:    05/16/06<br>Entered:   05/17/06                | Order                                                          |
| 45 | Filed & Entered: 05/17/06                                | Judgment                                                       |
| 46 | Filed:    06/13/06<br>Entered:   06/14/06<br>Terminated: 06/15/06 | Motion for Certificate of Appealability                 |
| 47 | Filed:    06/13/04<br>Entered:   06/14/04                | Notice of Appeal                                               |
| 48 | Filed:    06/15/06<br>Entered:   06/16/06                | Order on Motion for Certificate of Appealability               |
| 49 |                                                          | Certified Copy of Docket Entries prepared by District Clerk    |

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing INDEX TO THE RECORD was sent on today's via regular first class mail to all counsel and pro se parties of record, as follows:

Jo Anne Sulik, Esq.
Appellate Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT 06067
Tel. (860)258-5800
Attorney for Respondent-Appellee

David L. Joyce #92272
MacDougall-Walker C.I.
1153 East Street South
Suffield, CT 06080

_____
Richard L. Grant